UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-30162-KPN

MICHAEL GEDEON
PLAINTIFF
VS

DEMATTEO CONSTRUCTION CO.,
+ CARPENTERS LOCAL UNION #108,
DEFENDANTS

PLAINTIFF MOTION TO EXTEND TIME

NOW COMES THE PLAINTIFF WHO RESPECTFULLY IS REQUESTING MORE TIME IN WHICH TO SERVE THE DEFENDANTS A JUDICIAL SUMMONS AND AN ADDITIONAL COPY OF THE COMPLAINT

AS REASONS THEREOF THE PLAINSTATES THAT ON 11/26/04 HE FAXED A COPY OF THE COMPLAINT + OF THE WAIVER OF SERVICE OF SUMMONS TO BOTH THE DEFENDANTS WHICH WAS RECEIVED (BY FAX) AND ON 11/27/04 SENT BY FEDERAL EXPRESS MAIL, RETURN RECEIPT, (GRN. CARD). TO BOTH DEFENDANTS, WHICH WAS RECEIVED SEE ATTACHED COPY OF FAX SENT AND RETURN RECEIVED (GRN CARD). BOTH WAS RECEIVED

AS A RESULT OF RECENT ARRIVAL OF THE GRN. CARD, AND HAVE WAITED 18 DAYS FROM DATE OF FAX RECEIVED 11/26/04. AND HAVE NOT YET,

RECEIVED THE WAIVER OF SERVICE OF SUMMONS TO DATE. 12/14/04
DEFENDANTS HAS PLACE AN UNDUE BURDEN AND HARDSHIP ON THE PLAINTIFF, NOW BY HAVING TO SERVE THE SUMMONS BY SHERIFF. THE PLAINTIFF WILL NEED ADDITIONAL TIME IN WHICH TO SERVE A SUMMONS ON BOTH THE DEFENDANTS AS TO THE COMPLAINT FILED AGAINST THEM & TO COMPLY.

WHEREFOR PLAINTIFF MOVE THIS HONORABLE COURT TO ALLOW HIM THIRTY TO FORTY FIVE DAYS ADDITIONALLY TO THE (120) ONE HUNDRED AND TWENTY DAYS GRANTED TO SERVE A SUMMONS.

Michael Gordon
PRO SE.

DATE 12/14/04.

Ret 3 to 330 pm ALL WAS DOCUMENTS SENT
Received 11/26/04
3:10 - 3:15 PM

THE CITY OF
SPRINGFIELD, MASSACHUSETTS

**_Personnel Department_**
**_36 Court Street_**
**_Springfield, MA 01103_**
**_(413)787-6055 Phone_**
**_(413) 787-6010 Fax_**

**_FAX COVER SHEET_**

TO: ATT. CHRISTOPHER N. SOUKIS FROM:

FAX#: 617 723 8443

NO. OF PAGES(S) INCLUDING COVER SHEET: ~~X 8.~~ 5+2+1

DATE: 11-26-04

COMMENTS:
I SENDING YOU A NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS 2 PAGES
AND COPIES OF COMPLAINT FILED IN Fed. Ct. 5 PAGES PLEASE ACCEPT. + 1 COVER Sheet.

*Confidentiality Notice*
***The document accompanying this telecopy transmission contains information from the City of Springfield Personnel Department that may be confidential. This information is intended to be for the use of the addressed individual or entity. If you received this transmission in error, please notify us by telephone immediately so that we can arrange for the retrieval of the documents. Thank you.***

9/2003

ED 522522489 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Customer Copy**
Label 11-B, March 2004

**Post Office To Addressee**

**ORIGIN (POSTAL SERVICE USE ONLY)**

| | | |
|---|---|---|
| PO ZIP Code: 01101 | Day of Delivery: ☒ Next ☐ 2nd ☐ 2nd Del Day | Postage: $ |
| Date Accepted: 11-26-04 (Mo. Day Year) | Scheduled Date of Delivery: 11-27 (Month Day) | Return Receipt Fee: $ 1.75 |
| Time Accepted: 4:50 ☐ AM ☒ PM | Scheduled Time of Delivery: ☒ Noon ☐ 3 PM | COD Fee: $ / Insurance Fee: $ |
| | Military: ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees: $ 13.65 15.40 |
| Flat Rate ☐ or Weight: 3.0 lbs. ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials: DL |

**DELIVERY (POSTAL USE ONLY)**

| | | |
|---|---|---|
| Delivery Attempt (Mo. Day) | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt (Mo. Day) | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Date (Mo. Day) | Time ☐ AM ☐ PM | Employee Signature |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

☐ **WAIVER OF SIGNATURE** *(Domestic Mail Only)*
**Additional merchandise insurance is void if customer requests waiver of signature.**
I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday

Mailer Signature

**FROM:** (PLEASE PRINT) PHONE (413) 737-3842
MICHAEL GEDEON
1502 BAY ST
SPFLD, MASS
01109

**TO:** (PLEASE PRINT) PHONE (617) 723-8440
KRAKOW + SOURIS, LLC.
Att. C. SOURIS
Att At LAW
225 FRIEND ST.
BOSTON. MASS. 02114

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

EMS

---

ED 522522475 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Customer Copy**
Label 11-B, March 2004

**Post Office To Addressee**

**ORIGIN (POSTAL SERVICE USE ONLY)**

| | | |
|---|---|---|
| PO ZIP Code: 01101 | Day of Delivery: ☒ Next ☐ 2nd ☐ 2nd Del. Day | Postage: $ |
| Date Accepted: 11-26-04 (Mo. Day Year) | Scheduled Date of Delivery: 11-27 (Month Day) | Return Receipt Fee: $ 1.75 |
| Time Accepted: 4:50 ☐ AM ☒ PM | Scheduled Time of Delivery: ☒ Noon ☐ 3 PM | COD Fee: $ / Insurance Fee: $ |
| | Military: ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees: $ 13.65 15.40 |
| Flat Rate ☐ or Weight: 3.0 lbs. ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials: DL |

**DELIVERY (POSTAL USE ONLY)**

| | | |
|---|---|---|
| Delivery Attempt (Mo. Day) | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt (Mo. Day) | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Date (Mo. Day) | Time ☐ AM ☐ PM | Employee Signature |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

☐ **WAIVER OF SIGNATURE** *(Domestic Mail Only)*
**Additional merchandise insurance is void if customer requests waiver of signature.**
I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday

Mailer Signature

**FROM:** (PLEASE PRINT) PHONE (413) 737-3842
MICHAEL GEDEON
1502 BAY ST.
SPFLD, MA 01109

**TO:** (PLEASE PRINT) PHONE (781) 828-9787
SUZANNE B. MATTHEWS
Att. At LAW
742 WASHINGTON ST
PO. BOX 501
CANTON, MASS. 02021

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
1-800-222-1811

EMS



• Sender: Please print your name, address, and ZIP+4 in this box •
MICHAEL GEDEON
1502. BAY ST.
SPFLD, MASS
01109
First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10
UNITED STATES POSTAL SERVICE
PM
2004
UNITED STATES POSTAL SERVICE
First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10
• Sender: Please print your name, address, and ZIP+4 in this box •
MICHAEL GEDEON
1502. BAY ST.
SPFLD. MASS
01109

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 617-723 8440
KRAKOW + SOUKIS LLC.
Att. C. SOUKIS
Att. At LAW
225 FRIEND ST
BOSTON MASS
02114

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X M. Elert ☐ Agent ☐ Addressee

B. Received by (Printed Name) Ebert

C. Date of Delivery 11/29/04

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

VISIBLE DATE PLEASE

3. Service Type
☐ Certified Mail ☒ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) ED 522522489 US

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 781-8280989
SUZANN B. MATHEWS
Att. At LAW
742 WASHINGTON. St.
P.O. BOX. 501
CANTON, MASS,
02 021

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [illegible] ☒ Agent ☐ Addressee

B. Received by (Printed Name) Marita F. [illegible]

C. Date of Delivery [illegible] 04

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

PLEASE
VISIBLE

CANTON MA 02021 NOV 30 2004 USPS

3. Service Type
☐ Certified Mail ☒ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) ED 522522475 US

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

Sent 3:10 PM ALL NHS DOCUMENTS SENT
Received 11 26/04
3:10 - 15 PM

THE CITY OF
SPRINGFIELD, MASSACHUSETTS

**Personnel Department**
**36 Court Street**
**Springfield, MA 01103**
**(413)787-6055 Phone**
**(413) 787-6010 Fax**

**FAX COVER SHEET**

TO: Att. CHRISTOPHER N. SOUKIS FROM:

FAX#: 6177238443

NO. OF PAGES(S) INCLUDING COVER SHEET: ~~78.~~ 5+2+1

DATE: 11-26-04

COMMENTS: I SENDING YOU A NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS 2 PAGES AND COPIES OF COMPLAINT FILED IN Fed. Ct. 5 PAGES PLEASE ACCEPT. + 1 COVER Sheet.

**Confidentiality Notice**

***The document accompanying this telecopy transmission contains information from the City of Springfield Personnel Department that may be confidential. This information is intended to be for the use of the addressed individual or entity. If you received this transmission in error, please notify us by telephone immediately so that we can arrange for the retrieval of the documents. Thank you.***

9/2003

Sent 11/26/04
TO - SUZANNE 3:30 PM Received
DEMATTEO'S OFFICE

Local 103
AH Souris
3:10 - 15 PM
Received

THE CITY OF
SPRINGFIELD, MASSACHUSETTS

# Personnel Department

**36 Court Street**
**Springfield, MA 01103**
**(413)787-6055 Phone**
**(413) 787-6010 Fax**

## FAX COVER SHEET

TO: SUZANNE B. MATTHEWS

FROM: MICHAEL GEDEON

FAX#: 781 ~~828 0787~~ 821 5897

NO. OF PAGES(S) INCLUDING COVER SHEET: 8 COPIES + 1 = 9 PGS.

DEMATTEO CONST. CO
781-3567676 . FX 781 794 1624

DEMATTEO CONST. CO.

DATE: 11-26-04

COMMENTS: PLEASE RECEIVE NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS INCLUDES 2 COPIES AND 5 COPIES OF COMPLAINT FILED IN Fed. Ct. THANK YOU 1-COPY OF COVER SHEET.
CIVIL ACTION # [illegible]-30162

**Confidentiality Notice**

***The document accompanying this telecopy transmission contains information from the City of Springfield Personnel Department that may be confidential. This information is intended to be for the use of the addressed individual or entity. If you received this transmission in error, please notify us by telephone immediately so that we can arrange for the retrieval of the documents. Thank you.***

9/2003

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO:
04-30162-KPN

MICHAEL GEDEON
PLAINTIFF
VS

DEMATTEO CONSTRUCTION CO.,
+ CARPENTERS LOCAL UNION #108,
DEFENDANTS

PLAINTIFF MOTION TO EXTEND TIME

NOW COMES THE PLAINTIFF WHO RESPECTFULLY IS REQUESTING MORE TIME IN WHICH TO SERVE THE DEFENDANTS A JUDICIAL SUMMONS AND AN ADDITIONAL COPY OF THE COMPLAINT

AS REASONS THEREOF THE PLAIN STATES THAT ON 11/26/04 HE FAXED A COPY OF THE COMPLAINT + OF THE WAIVER OF SERVICE OF SUMMONS TO BOTH THE DEFENDANTS WHICH WAS RECEIVED (BY FAX) AND ON 11/27/04 SENT BY FEDERAL EXPRESS MAIL, RETURN RECEIPT (GRN. CARD). TO BOTH DEFENDANTS, WHICH WAS RECEIVED SEE ATTACHED COPY OF FAX SENT AND RETURN RECEIVED (GRN CARD). BOTH WAS RECEIVED

AS A RESULT OF RECENT ARRIVAL OF THE GRN. CARD, AND HAVE WAITED 18 DAYS FROM DATE OF FAX RECEIVED 11/26/04. AND HAVE NOT YET,

RECEIVED THE WAIVER OF SERVICE OF SUMMONS TO DATE. 12/14/04
DEFENDANTS HAS PLACE AN UNDUE BURDEN AND HARDSHIP ON THE PLAINTIFF, NOW BY HAVING TO SERVE THE SUMMONS BY SHERIFF. THE PLAINTIFF WILL NEED ADDITIONAL TIME IN WHICH TO SERVE A SUMMONS ON BOTH THE DEFENDANTS AS TO THE COMPLAINT FILED AGAINST THEM & TO COMPLY.

WHEREFOR PLAINTIFF MOVE THIS HONORABLE COURT TO ALLOW HIM THIRTY TO FORTY FIVE DAYS ADDITIONALLY TO THE (120) ONE HUNDRED AND TWENTY DAYS GRANTED TO SERVE A SUMMONS.

Michael Gedeon
PRO SE.

DATE 12/14/04.

CERTIFICATION OF SERVICE

I MICHAEL GEDEON CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING DOCUMENTS WAS MAILED SENT OUT, SERVED ON THE PARTIES BY A SHERIFF TO

DEMATTEO CONSTRUCTION CO
33 STATE ST.
SPFLD, MASS, 01103
PH.# 413 737 2702

CARPENTERS LOCAL #108
c/o. SIMON JAMES
29. OAKLAND ST.
SPFLD, MASS, 01108
413 736 2878

CASE# 04-30162-KPN.

Michael Gedeon. PRO SE.
1502 BAY ST.
SPFLD MASS 01109
413 737 3842.