AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

MICHAEL GEDEON

DEMATTEO CONSTRUCTION CO.
33 STATE ST.
SPFLD-MA 01103

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-30162 KPN

TO: (Name and address of defendant)

DEMATTEO CONSTRUCTION CO.
33 STATE ST.
SPFLD, MA. 01103   4137472709

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MICHAEL GEDEON
1502 BAY ST.
SPFLD, MA.
01109

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                12/14/04
CLERK                                       DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| DATE |

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

December 17, 2004

I hereby certify and return that on 12/16/2004 at 01:30 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to RICHARD MASUCCIA, PROJECT MGR., , agent, person in charge at the time of service for DEMATTEO CONSTRUCTION COMPANY, 33 STATE Street, SPRINGFIELD, MA 01103. Attestation X 1 ($5.00), Travel ($1.28), Basic Service Fee ($30.00), Mailing1 ($1.00) Total Charges $37.28

Deputy Sheriff JORGE DIAZ                                   _____
                                                             Deputy Sheriff

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
             Date                      Signature of Server

                                      _____
                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.