UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL JOHN GEDEON, )<br>    Plaintiff, )<br>) <br>v. )<br>) <br>DEMATTEO CONSTRUCTION COMPANY, )<br>and CARPENTERS LOCAL UNION #108, )<br>    Defendants. )<br>_____ ) | C.A. NO. 04-30162-KPN |

**LOCAL 108'S MOTION TO
EXTEND TIME TO RESPOND TO THE COMPLAINT**

Defendant Carpenters Local 108 respectfully moves for additional time to respond to the complaint in this matter. Defendant respectfully requests that its time to file a response be extended by an additional two weeks to January 21, 2005.

The undersigned certifies that he attempted to contact plaintiff by leaving a message on his home answering machine on December 23, 2004, but has not received a response.

Date:   January 6, 2005                                  Respectfully submitted,

                                                                             Christopher N. Souris
                                                                             BBO 556343
                                                                             KRAKOW & SOURIS, LLC
                                                                             225 Friend Street
                                                                             Boston, MA 02114
                                                                             (617) 723-8440 Facsimile: (617) 723-8443
                                                                             /s/ Christopher N. Souris_____
                                                                             Attorney for defendant Carpenters Local Union No.108

## CERTIFICATE OF SERVICE

      I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be served by first class U.S. mail this 6th day of January, 2005 to Michael Gedeon, 1502 Bay Street, Springfield, MA 01108

                                               /s/ Christopher N. Souris
                                                Christopher N. Souris