UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL JOHN GEDEON,           ) | |
|     Plaintiff,           ) | |
|                ) | C.A. NO. 04-30162-KPN |
| v.           ) | |
|                ) | |
| DEMATTEO CONSTRUCTION COMPANY,           ) | |
| and CARPENTERS LOCAL UNION #108,           ) | |
|     Defendants.           ) | |
|                ) | |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

Defendants respectfully submit this Joint Statement pursuant to Local Rule 16.1(D) which is substantially as proposed in writing by plaintiff. The only substantive exception is point III, in which defendants note their difference of position with plaintiff concerning trial by Magistrate. Defendants submit this, however, without having been able to contact plaintiff personally due to difficulty in reaching plaintiff, who is appearing pro se, during business hours and, in part, to the illness of the undersigned counsel for defendant Local 108. In any event, defendants understand that the following accurately represents plaintiff's positions.

1. **Discovery Schedule**

    A. All fact discovery, including written discovery and depositions of fact witnesses, to be completed by November 30, 2005.

    B. All written discovery and depositions of expert witnesses to be completed by January 30, 2006.

II.  **Motion Schedule**

    All dispositive motions to be filed by March 31, 2006.

III. **Trial By Magistrate Judge**

    The plaintiff consents to trial by magistrate judge, but not the defendants.

IV. **Certifications signed by Counsel and Parties**

    The parties will file their respect Local Rule 16.1(D)(3) certifications at the February 22, 2005 scheduling conference.

| | |
|---|---|
| MICHAEL JOHN GEDEON | DEMATTEO CONSTRUCTION CO. |
| Pro Se, | By its attorney, |
| _____ | /s/ Suzanne B. Matthews |
| Michael John Gedeon | Suzanne B. Matthews, Esq. |
| | BBO #545284 |
| | 742 Washington Street, P.O. Box 501 |
| | Canton, MA 02021    781-828-0989 |
| | |
| | CARPENTERS LOCAL UNION NO. 108 |
| | By its attorney, |
| | /s/ Christopher N. Souris |
| | Christopher N. Souris |
| | BBO #556343 |
| | KRAKOW & SOURIS, LLC |
| | 225 Friend Street |
| | Boston, MA 02114    617-723-8443 |

Dated:  February 15, 2005

CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be served by first class U.S. mail this 15th day of February 2005 to Michael Gedeon, 1502 Bay Street, Springfield, MA 01108 and Suzanne B. Matthews, Esq., 742 Washington Street, P.O. Box 501, Canton, MA 02021.

/s/ Christopher N. Souris
Christopher N. Souris