UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


MICHAEL GEDEON,                        )
             Plaintiff(s)        )
                              )
                              )
     v.                                  )    Civil Action No. 04-30162-MAP
                              )
                              )
DEMATTEO CONSTRUCTION CO.,   )
            Defendant(s))


SCHEDULING ORDER
February 22, 2005

NEIMAN, U.S.M.J.

     The court hereby establishes the following schedule:

1.    The parties shall complete their automatic disclosures by March 11, 2005.

2.    All written discovery and non-expert depositions shall be completed by November 30, 2005.

3.    The parties shall appear for a case management conference on December 6, 2005, at 11:00 a.m. in Courtroom Three.

     IT IS SO ORDERED.


                                              /s/ Kenneth P. Neiman
                                              KENNETH P. NEIMAN
                                              U.S. Magistrate Judge