UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MAR 07 REC'D

| | |
|---|---|
| MICHAEL JOHN GIDEON,<br><br>      PLAINTIFF<br><br>V.<br><br>DEMATTEO CONSTRUCTION<br>COMPANY, AND<br>CARPENTERS LOCAL UNION #108,<br><br>      DEFENDANTS | Civil Action No.: 04 30162 MAP |

**DEFENDANT DEMATTEO CONSTRUCTION COMPANY'S
RULE 16.1(D) CERTIFICATION**

    Pursuant to Local Rule 16.1(D) of the Rules of Procedure of the United States District Court the undersigned hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4

                          Respectfully submitted,

                          DEMATTEO CONSTRUCTION
                          COMPANY

                          By its attorney,

                          _/s/ Suzanne B Matthews_
                          Suzanne B Matthews, Esq.
                          BBO #545284
                          742 Washington Street
                          P.O. Box 501
                          Canton, MA 02021
                          781-828-0989

By its authorized representative:

*Richard E. Masucci* (signature)

Richard E. Masucci
Project Manager
M.DeMatteo Construction Co.

Date:



SUZANNE B. MATTHEWS
Notary Public
Commonwealth of Massachusetts
My Commission Expires Nov 25, 2005

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by First Class Mail.
Date: 3/31/05   Suzanne B. Matthews