1502 Bay Street
Springfield, MA 01109
August 15, 2005

Magistrate Judge Kenneth Neiman
United States District Court
Federal Building and Courthouse
1550 Main Street
Springfield, MA 01103

    RE:  MICHAEL J. GEDEON vs. DEMATTEO CONSTRUCTION COMPANY
          AND CARPENTERS LOCAL UNION #108
          Civil Action No.:  0430162KPN

Dear Magistrate Judge Neiman:

    The Defendant Dematteo Construction Company gave me the automatic disclosure required by rule.  The Union has failed to do so.

    I complied with the rule.

    May we have a conference to discuss compliance?

                                    Very truly yours,

                                    Michael J. Gedeon

MJG/klm

cc Christopher N. Souris, Esquire

cc Dematteo Construction Company