UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.:   0430162KPN

MICHAEL JOHN GEDEON,           ]
                               ]
        Plaintiff,             ]
                               ]
vs.                            ]   PLAINTIFF'S MOTION TO EXTEND
                               ]   TIME IN WHICH TO ANSWER
DEMATTEO CONSTRUCTION          ]   INTERROGATORIES *AND TO EXTEND*
COMPANY AND CARPENTERS         ]   *DISCOVERY*
LOCAL UNION #108,              ]
                               ]
        Defendants.            ]


   Now comes the Plaintiff, Michael J. Gedeon, and moves to extend the time in which to answer First Set of Interrogatories Propounded by the Defendant, Dematteo Construction Company.

   The Plaintiff assigns as reason therefore, that I was ill and had a hand injury.

   Discovery is to be completed by November 20, 2005.

   The Plaintiff requests in this Motion that I be allowed to answer the Interrogatories up until August 30, 2005 as this will not prejudice the Defendant, and I would agree to an extension of time in which to complete discovery. *To 4/06.*

                                       The Plaintiff,

Dated:
                                       Michael J. Gedeon,
                                       Pro Se
                                       1502 Bay Street
                                       Springfield, MA   01109

## CERTIFICATE OF SERVICE

    I, Michael J. Gedeon hereby certify that on this ____ day of August 2005 I caused a copy of the foregoing document to be served upon the parties in this action by mailing a copy of the same, postage prepaid, first class mail to

*/s/ Michael J. Gedeon*
Michael J. Gedeon