UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL JOHN GEDEON<br>　　Plaintiff,<br><br>v.<br><br>DEMATTEO CONSTRUCTION COMPANY<br>and CARPENTERS LOCAL UNION #108<br>　　Defendants. | )<br>)<br>) C.A. NO. 04-30162-KPN<br>)<br>)<br>)<br>)<br>)<br>) |

**LOCAL 108'S RESPONSE TO PLAINTIFF'S
8/15/05 LETTER TO THE COURT**

On August 15, 2005, plaintiff wrote to the Court complaining that he had not received automatic disclosure from Local 108. On March 23, 2005, however, Local 108 served its automatic disclosure on plaintiff, and it will send him another copy together with a copy of this response.

Date August 29, 2005　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　Christopher N. Souris
　　　　　　　　　　　　　　　BBO #556343
　　　　　　　　　　　　　　　KRAKOW & SOURIS, LLC
　　　　　　　　　　　　　　　225 Friend Street
　　　　　　　　　　　　　　　Boston, MA 02114
　　　　　　　　　　　　　　　(617) 723-8440 Facsimile: (617) 723-8443


　　　　　　　　　　　　　　　/s/ Christopher N. Souris_____
　　　　　　　　　　　　　　　Attorney for defendant Carpenters Local
　　　　　　　　　　　　　　　Union No.108

CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be served by first class U.S. mail this 23rd day of March, 2005 to Michael Gedeon, 1502 Bay Street, Springfield, MA 01108 and Suzanne B. Matthews, Esq., 742 Washington Street, P.O. Box 501, Canton, MA 02021

_____
Christopher N. Souris