FILED
K'S OFFICE

2005 NOV 30 P 4: 48

U.S.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 30162 KPN

MICHAEL J. GEDEON,                ]
                                  ]
                      Plaintiff,  ]
                                  ]
vs.                               ]   MOTION FOR PROTECTIVE ORDER
                                  ]
DEMATTEO CONSTRUCTION             ]
COMPANY AND CARPENTERS            ]
LOCAL UNION #108,                 ]
                                  ]
                      Defendants. ]

Now comes the Plaintiff Michael J. Gedeon and says that his Deposition is scheduled for December 13, 2005 at 10:00 a.m. at the offices of Suzanne B. Matthews, Esquire, 742 Washington Street, P.O. Box 501, Canton, MA. 02021 TEL. 718 828 0989 FX 718 821 5897

The Plaintiff requests that this Court order that his Deposition be taken and completed on that date. As reasons for this Protective Order, the Plaintiff says that he is a hard working earnest individual who cannot take off time from work other than one day which is reasonable for Deposition.

The Plaintiff,

Dated: NOV. 29-05

Pro Se

Michael J. Gedeon
1502 Bay Street
Springfield, MA  01109

UNITED STATES DISTRICT COURT
DISTRICT OF WESTERN MASS.

MICHAEL JOHN GEDEON
1502 BAY ST.
SPFLD, MA 01109    TELL 413 222 1793

FILED
US OFFICE
2005 NOV 30 P 4:48

MICHAEL JOHN GEDE V. DEMATTEO CONSTRUCTION CO.
AND CARPENTERS LOCAL UNION #108
ATTENTION, JUDGE K.P. NEIMAN, SUZANNE B.
MATHEWS AND CHRISTOPHER SOURIS

PLAINTIFF IS ONLY A PROSE LITIGANT WITH VERY LITTLE KNOWLEDGE OF THE LAW

PLAINTIFF IS ONLY & COULD ONLY ATTEMPT TO AWAIT HIS RIGHTS UNDER THE LAW, AND I COULD ONLY ASK THAT JUDGE K.P. NEIMAN EXERCISE HIS FULL CONSIDERATION TO THE PLAINTIFF'S COMPLAINT, ALONG WITH DEFENDANTS DEMATTEO CONST. CO + CARPENTERS LOCAL UNION #108. ATTORNEY'S. ALLOWING PLAINTIFF DUE PROCESS UNDER LAW.

PROSE        Michael Gedeon
             MICHAEL J. GEDEON
             NOV. 23 - 2005

1.