UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

MICHAEL JOHN GEDEON, )
)
Plaintiff, )
) C.A. NO. 04-30162-KPN
v. )
)
DEMATTEO CONSTRUCTION COMPANY, )
and CARPENTERS LOCAL UNION #108, )
)
Defendants. )
)

### DEFENDANT'S RULE 16.1(D)(3) CERTIFICATION

In accordance with Local Rule 16.1(D)(3), the undersigned defendant has conferred with counsel:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternate courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternate dispute resolution programs such as those outlined in LR 16.4

Dated: 12/6/05

Respectfully submitted,

_____
Simon James, Senior Council Representative
Carpenters Local Union No. 108

_____
Christopher N. Souris BBO #556343
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114 (617) 723-8440

### CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be served by first class U.S. mail this day to Michael Gedeon, 1502 Bay Street, Springfield, MA 01108 and Suzanne B. Matthews, Esq., 742 Washington Street, P.O. Box 501, Canton, MA 02021.

_____
Christopher N. Souris