UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL JOHN GEDEON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEMATTEO CONSTRUCTION COMPANY, )<br>and CARPENTERS LOCAL UNION #108, )<br>)<br>Defendants. )<br>_____ ) | C.A. NO. 04-30162-KPN |

**LOCAL 108'S RESPONSE TO
PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER**

Plaintiff has moved for a protective order limiting his deposition to one day. While Local 108 had planned to address this matter at the case management conference that had previously been scheduled for December 6, 2005, prior to his December 13 deposition, the rescheduled date for the conference will take place after the scheduled deposition date.

It is Local 108's desire to conclude his deposition, even when coupled with defendant DeMatteo's deposition of him on that same date, in a single day. There is no way to determine, however, whether the parties will be able to conclude the deposition in a single day. Plaintiff has sued two defendants in this case, and has alleged substantially independent factual grounds for liability against each defendant. While it hopes to conclude the deposition by both defendants in a single day, Local 108 must reserve its right to at least a day of deposition time if that is necessary to cover the factual matters at issue in the case.

Local 108 suggests that the defendants endeavor to conclude their depositions of Mr. Gedeon on a single day and, if either defendant feels that additional time is necessary, to attempt to work out a mutually convenient schedule with Mr. Gedeon and to seek guidance from the Court if they are unable to do so.

Date:   December 9, 2005             Christopher N. Souris
                                     BO #556343
                                     KRAKOW & SOURIS, LLC
                                     225 Friend Street
                                     Boston, MA 02114
                                     617-723-8443

                                     /s/ Christopher N. Souris_____
                                     Attorney for Carpenters Local Union No. 108


CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be served by first class U.S. mail this 9th day of December 2005 to Michael Gedeon, 1502 Bay Street, Springfield, MA 01108 and Suzanne B. Matthews, Esq., 742 Washington Street, P.O. Box 501, Canton, MA 02021.

                                     /s/ Christopher N. Souris_____
                                     Christopher N. Souris