UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL JOHN GEDEON,       )
             Plaintiff       )
                               )
v.                         )   Civil Action No.  04-30162-MAP
                               )
                               )
DEMATTEO CONSTRUCTION        )
COMPANY and CARPENTERS LOCAL )
UNION # 108,                 )
             Defendants   )

FURTHER SCHEDULING ORDER
December 15, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. Responses to outstanding written discovery shall be provided by January 31, 2006.

2. All depositions shall be completed by March 3, 2006.

3. Defendants shall file their dispositive motion by March 31, 2006, or inform the court in writing by that date that no such motion will be filed.

4. Plaintiff's opposition to any dispositive motion shall be filed by April 19, 2006.

5. If no dispositive motions are filed, the parties shall appear for a final pretrial conference on May 8, 2006, at 2:00 p.m. in Courtroom One before District Judge Michael A. Ponsor.  Pre-trial memoranda shall be prepared

in accordance with the provisions of Local Rule 16.5(d) and the Procedural Order entered this date.

IT IS SO ORDERED.

DATED: December 15, 2005

                                          /s/ Kenneth P. Neiman
                                          KENNETH P. NEIMAN
                                          U.S. Magistrate Judge