Michael J. Gedeon respectfully would like to obtain / request a copy of today's mediation (7yr) transcript done 1-24-06

Michael J. Gedeon
v. Dematteo Construction
and Carpenters Local Union #108
Case # 04-30162 Pro-Se

*[signature]*