UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL JOHN GEDEON,

                Plaintiff,

                                                              CIVIL NO. 04-30162-MAP

DEMATTEO CONSTRUCTION COMPANY and

CARPTENTERS LOCAL 108,

                Defendants,

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE NEIMAN

SWARTWOOD, C.M.J.

On   January 24, 2006   I held the following ADR proceeding:

    ____   EARLY NEUTRAL EVALUATION     __X__  MEDIATION
    ____   MINI-TRIAL                                 ____  SUMMARY JURY TRIAL
    ____   SETTLEMENT CONFERENCE

The parties were present in person or by an authorized corporate officer .

The case was:

( )    Settled.  Your clerk should enter a ___ day order of dismissal.
( )    There was progress.  A further conference has been scheduled for _____.
        unless the case is reported settled prior to that date.
(X)   Further efforts to settle this case at this time are, in my judgment, unlikely to be
        productive.  This case should be restored to your trial list.


January 24, 2006                              /s/ Charles B. Swartwood, III
Date                                         CHARLES B. SWARTWOOD, III, C.M.J.