UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL JOHN GEDEON,         ]
                             ]
    Plaintiff,                ]
                             ]     C.A. No. 04-30162MAP
vs                           ]
                             ]
DEMATTEO CONTRUCTION COMPANY ]
 and CARPENTERS LOCAL UNION #108 ]
                             ]
    Defendants.

PLAINTIFFS MOTION TO COMPEL/ORDER DEFENDANTS

   Now comes the Plaintiff, Michael J. Gedeon (Pro-SE) and respectfully moves his honorable court to order (Rule 34) the Defendant to:

1) That both the defendants answer to Plaintiffs request to interrogatories under Rule 34 and to production of documents under Rule 34. Defendants have had over 60 days to do so.

2) a) Plaintiffs entry of an order prohibiting the Defendants from disputing any facts, evidence or allegations of the complaint, as failure to comply to request, within the prescribed time of 30 days. And to the assessment of costs and fees, under the Federal rules of civil procedure. (b) and impose sanctions on both the Defendant. Attached is Page 3 instructions on first paragraph as Exhibit 3; 30 day notice.

3) a) Plaintiffs motion to Rule 37 (a) and (d) for order compelling the Defendant Carpenters Local #108 to produce to the Plaintiff for inspection review and copying documents that is in his possession as outlined in his automatic disclosure that he may use to support his defense under Rule 26 (a) (1); which the Plaintiff is allowed to visit to frame a genuine response to the Defendants request for interrogatories and production of documents. It will be to my advantage rather than to my disadvantage to do so. Perhaps I may never get the opportunity to do so as a Defendants continues to shield and suppress this information as he says is highly confidential to disclosure. See Exhibit 1 and Exhibit 2. Letters dated in November.

   Defendants Dematteo Construction Company has complied to Rule 26 (a) (1) March 2005.

   Defendant 108 continues to release this information; therefore, slows the process of completing discovery.

                                              Plaintiff, Michael J. Gedeon
PRO-SE                                        by His Attorney

        Jan 30-06                             Michael J Gedeon
                                              1502 Bay Street
                                              Springfield, MA 01109
                                              (413)777-1793

## CERTIFICATE OF SERVICE

I, Michael J. Gedeon hereby certifies that on this 30 day of JANUARY, 2006 I caused a copy of the foregoing document to be served upon the parties in this action by mailing a copy of the same, postage prepaid, first class mail to Suzanne B. Matthews, Esquire, 742 Washington Street, P.O. Box 501, Canton, MA 02021 and upon Christopher N. Souris, Esquire, KRAKOW & SOURIS, LLC, 225 Friend Street, Boston, MA 02114.

Michael J. Gedeon
PRO-SE
2006