*EXHIBIT 1*

# KRAKOW & SOURIS, LLC

ATTORNEYS AT LAW
225 FRIEND STREET
BOSTON, MASSACHUSETTS 02114

AARON D. KRAKOW
CHRISTOPHER N. SOURIS*

GERALD A. FELD
OF COUNSEL

*ALSO ADMITTED IN NEW YORK

November 1, 2005

TELEPHONE (617) 723-8440
TELECOPIER (617) 723-8443
TOLL FREE (888) 628-8200

MARK G. KAPLAN
COLIN R. CONFCEY
OF COUNSEL

Michael Gedeon
1502 Bay Street
Springfield, MA 01108

RE: Michael John Gedeon, v. Dematteo Construction Company
and Carpenters Local Union #108
C.A. No. 04-30162-KPN

Dear Mr. Gedeon:

As I mentioned in my voice mail message to you today, I don't have any problem with rescheduling your deposition or giving you until next Friday, November 11, 2005, to respond to Local 108's discovery requests. I expect that we will also have your cooperation in rescheduling your deposition at your request for a time that works for both you and us, even if it involves scheduling it sometime in December if necessary.

With respect to producing your documents, please leave a few alternative dates sometime during the week after you give us your written responses to Local 108's interrogatories and document requests, and I will try to coordinate with Local 108 for the use of its office.

As I also mentioned, I was not sure if you were asking for something specific from Local 108. If so, please call me and leave a detailed message with what you have in mind. If you are looking for membership information, that information as I am sure you can understand generally is highly confidential, and you should contact Simon James to discuss the matter.

Very truly yours,

Christopher N. Souris

CNS:me