

# KRAKOW & SOURIS, LLC

ATTORNEYS AT LAW
225 FRIEND STREET
BOSTON, MASSACHUSETTS 02114

⏤ 74

November 8, 2005

AARON D. KRAKOW
CHRISTOPHER N. SOURIS*

GERALD A. FELD
OF COUNSEL

*ALSO ADMITTED IN NEW YORK

TELEPHONE (617) 723-8440
TELECOPIER (617) 723-8443
TOLL FREE (888) 628-8200

MARK G. KAPLAN
COLIN R. CONFREY
OF COUNSEL

Michael Gedeon
1502 Bay Street
Springfield, MA 01108

RE: Michael John Gedeon, v. Dematteo Construction Company
and Carpenters Local Union #108
C.A. No. 04-30162-KPN

Dear Mr. Gedeon:

I received your phone message indicating that you want Local 108 to produce the documents that it listed in its automatic disclosure. This is the first time I am aware of your request for those documents, which I will have to assemble. That may take a little time. You indicated in your message that you want them in order to respond to Local 108's interrogatories. I suggest that you answer those interrogatories as well as you can based on the information that you now have in your possession. In the meantime, I will assemble the documents and get them to you, and you can supplement your responses if necessary based on the additional information that you get.

Give me a call if you have any questions.

Very truly yours,

Christopher N. Souris

CNS:me