*EXHIBIT 3*

## INSTRUCTIONS

1. Responses these Requests for Production must be furnished to the undersigned individual at 1502 Bay Street, Springfield, Massachusetts 01109 within the time limits set by law, but no less than thirty (30) days from the date of receipt of these Interrogatories. Failure to respond to these Requests for Production of Documents within the prescribed time may subject the Defendant to the penalties under the Federal Rules of Civil Procedure including the entry of an order prohibiting the Defendant from disputing the allegations of the Complainant and the assessment of costs and attorney's fees.

2. In answering these Requests for Production of Documents, be sure to include all information in the possession of or available to Defendant or any employee, agent or other person acting on behalf of Defendant.

3. If Defendant possesses or has available to them some, but not all, of the information requested by a particular Request for Production of Documents or part thereof, then Defendant must provide all requested information and documents which it possesses or has available to it.

4. Defendant must detail the efforts made to obtain any requested information which it contends are not in its possession or are unavailable to it.

5. If Defendant objects to a portion of a Request for Production of Documents or part thereof, Defendant must provide all requested information and documents to which it does not object.

6. If a Request for Production of Documents or part thereof requests a date, place, time or number and Defendant lacks information as to the exact date, place, time or number requested, the Defendant must provide an approximate date, place, time or number and indicate that such answer is an approximation or estimate.

7. The Requests for Production of Documents which follows are to be considered continuing, and Defendant is required to provide, by way of supplementary answers thereto, such additional information as it or any person acting on its

*11-29-05*

3