UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

MICHAEL JOHN GEDEON, )
)
    Plaintiff, )
) C.A. NO. 04-30162-KPN
v. )
)
DEMATTEO CONSTRUCTION COMPANY, )
and CARPENTERS LOCAL UNION #108, )
)
    Defendants. )
)

## LOCAL 108'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Defendant Carpenters Local 108 responds to plaintiff's motion to compel discovery as follows:

Plaintiff moves to compel answers to his written discovery. On November 29, 2005, just one day before discovery was to be concluded on November 30, 2005, plaintiff served his written discovery. Approximately 2 weeks later on December 15, 2005 at a case status conference before this Court, Local 108 raised the subject of the late service of written discovery and the fact that, although plaintiff was proceeding on a *pro se* basis, his written discovery appeared to have been drafted by an attorney. In addition, Local 108 raised the issue of plaintiff's own failure to serve any responses to Local 108's written discovery, which had been served months earlier.

Plaintiff responded that he had copied his written discovery from papers he had from a previous case, and that he had actually drafted responses to Local 108's written discovery but had lost them and would have to prepare them all over again.

At the conclusion of the conference, this Court issued a revised scheduling Order directing: "Responses to outstanding written discovery shall be provided by January 31, 2006." In accordance with that Order, Carpenters Local 108 served its responses to written discovery by January 31, 2006. Plaintiff, however, did not do so and still has not done so, and his failure is the subject of a separate motion.

## CONCLUSION

For the foregoing reasons, plaintiff's motion to compel should be denied.

Date:  February 9, 2006

Christopher N. Souris
BBO #556343
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114
617/723-8443

_____
Attorney for Carpenters Local Union No. 108

## CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be served by first class U.S. mail this 9th day of February 2006 to Michael Gedeon, 1502 Bay Street, Springfield, MA 01108 and Suzanne B. Matthews, Esq., 742 Washington Street, P.O. Box 501, Canton, MA 02021.

_____
Christopher N. Souris