# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MASSACHUSETTS

MICHAEL JOHN GEDEON,       )
                                )
      Plaintiff,           )
                                )     C.A. NO. 04-30162-KPN
v.                              )
                                )
DEMATTEO CONSTRUCTION COMPANY,  )
and CARPENTERS LOCAL UNION #108,   )
                                )
      Defendants.        )
                                )

## DEFENDANT CARPENTERS LOCAL
## 108'S MOTION FOR SANCTIONS

Defendant Carpenters Local 108 respectfully moves pursuant to Rule 37(b)(2)(C) for an order dismissing the complaint due to plaintiff's failure to comply with the Order of this Court directing him to serve responses by January 31, 2006. In support of this motion, defendant states as follows:

Despite the fact that Carpenters Local 108 served written discovery on plaintiff on October 5, 2005, despite the fact that, in view of plaintiff's pro se status, Local 108 accommodated his several requests for more time to respond, and despite this Court's December 15, 2005 Order directing plaintiff to serve responses by January 31, 2006, plaintiff still has not provided any answers to any of defendant's written discovery or produced any documents.

At the December 15 case management conference, plaintiff asserted that he had prepared responses but had lost them. This Court essentially gave him six more weeks to re-draft them, but he has failed to do so.

Defendant insinuates that he somehow needs defendant's responses before he can prepare any of his own. Yet, plaintiff served his own discovery late, long after his own responses to defendants' discovery were due, and defendant itself has responded to plaintiff's discovery in accordance with the Court's December 15, 2005 Order.

Moreover, plaintiff is the party making the allegations in this case, and defendant's discovery essentially asks him to provide the factual and documentary basis for his claims – something that he steadfastly refuses to do. He clearly does not require anything from defendant to provide whatever information he has concerning *his own claims!* As the correspondence attached to plaintiff's motion to compel makes clear, defendant's counsel expressly advised plaintiff in writing months ago that he should respond to defendant's discovery with whatever information he has, and that he has the right to supplement those responses based on information that he might later receive from defendants.

Defendant is facing an imminent deadline for taking plaintiff's deposition, for which discovery from plaintiff obviously is essential, and is facing an imminent deadline for dispositive motions, but it has not received *anything at all* from plaintiff about his own claims despite discovery requests served many months ago. Defendant needs discovery from plaintiff not simply to understand the factual basis of plaintiff's claims, but to prepare its own defense, and it has made numerous efforts to get plaintiff to respond to discovery.[1] Defendant obviously is severely prejudiced by plaintiff's refusal to comply with his discovery obligations and with this Court's orders.

---

[1] The substance of Defendant's written discovery is attached as Exhibit A.

2

Under these circumstances, particularly in view of the fact that last December this Court expressly discussed with plaintiff his obligation to respond to defendant's discovery and in view of the Court's Order expressly directing him to serve responses by January 31, 2005, the time has come to dismiss this action pursuant to Rule 37(b)(2)(C) for his failure to comply with that order.

The undersigned certifies that he consulted with plaintiff in a good faith effort to narrow or resolve the issues.

### CONCLUSION

For the foregoing reasons, defendant's motion to dismiss the plaintiff's complaint against defendant should be granted.

Date:   February 9, 2006

Christopher N. Souris
BBO #556343
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114
617-723-8443

Attorney for Carpenters Local Union No. 108

### CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be served by first class U.S. mail this 9th day of February 2006 to Michael Gedeon, 1502 Bay Street, Springfield, MA 01108 and Suzanne B. Matthews, Esq., 742 Washington Street, P.O. Box 501, Canton, MA 02021.

Christopher N. Souris

3