## INTERROGATORIES

**Note:** Words or phrases in bold have special meaning that is defined in the definitions section above.

1. **State the basis** for your claim that Local 108 discriminated against you on the basis of your race, age, or national origin.

2. **State the basis** for your claim that Local 108 harassed you on the basis of your race, age, or national origin.

3. **State the basis** for your claim that Local 108 retaliated against you on the basis of your race, age, or national origin.

4. **State the basis** for your claim that any employee, agent or other representative of Local 108 engaged in any act of aggression or violence against you on the basis of your race, age, or national origin.

5. **State the basis** for your claim that Local 108 conspired or collaborated in any way with DeMatteo to discriminate against you on the basis of your race, age, or national origin.

6. **Identify** the dates, times and places when you complained to the steward or any other representative of Local 108 about discrimination or harassment on the DeMatteo work site, and describe in detail the content of any such conversations.

7. Identify any phone numbers that have been assigned to you by any phone service provider since January 1, 2003, and **identify** by name and address your local, long distance and cell phone service providers you have used during any period of time since January 1, 2003.

8. Identify each of the dates on which you called or visited the Local 108 office to place your name on any job referral list or for any purpose **concerning** job referrals since January 1, 2003. If you cannot remember or do not have records of the precise dates, please provide your best recollection of the dates or number of calls or visits during particular months, seasons or years.

9. Identify the dates during which you performed any work or services of any nature for compensation as an employee, an independent contractor or otherwise for any other person or entity since January 1, 2003. With respect to all such work, **identify** the employer or person paying compensation, the period of time you worked for such employer, person or entity, the nature and location of the work that you performed, and describe how you obtained the work.

10. Identify all illnesses or injuries that you experienced since January 1, 2003 and, with respect to each illness or injury, describe its cause and nature, the period of time during which it lasted, the dates on which you received treatment, the identity of the person treating you, and how it was treated.

11. Identify all periods of time during which you were unable to work due to each of the illnesses or injuries identified above.

12. Identify all periods of time during which you slept at night at any place other than your residence at 1502 Bay Street in Springfield Massachusetts since January 1, 2003. For each such period away from home, describe the location and the reason for the travel.

13. Identify all amounts that you recovered in connection with any lawsuit or claim **concerning** employment discrimination, and the dates that you received those amounts, and describe the lawsuit or claim including the parties, the name of the court or agency, and the docket number of the case.

14. Describe in detail the information that the individuals you listed in your initial disclosure statement have **concerning** your claims.

5

15. **Identify all** persons who have any information about any of the acts of discrimination that you allege against Local 108 other than those persons who you identified in your initial disclosure statement, and describe in detail the information that each person has **concerning** your claims.

16. **Identify** any written statements that have been given by any person having knowledge of the factual basis of your claims against Local 108 and, with respect to each statement, **identify** the person giving the statement, the person to whom the statement was given, the date on which it was given, and the person who has custody of the statement.

17. **State the basis** in complete detail of each element of your claims for damages, including the factual basis for any damages in the nature of emotional distress or other similar types of damages, and describe in detail how you calculate each element of damages.

18. **Identify** any psychologist, psychiatrist or any other mental health provider with whom you consulted or from whom you have received treatment since January 1, 2003 for any mental health condition including but not limited to any mental health conditions that you allege were caused by Local 108 and describe the treatment that you received.

19. **Identify** each and every person whom you expect to call as an expert witness at trial, and with respect to each such expert witness, please state:

    (a)    his or her name, business address and telephone number and home address and telephone number;

    (b)    his or her business or occupation; and

    (c)    his or her title or position and the name and address of the concern or entity with which he or she is connected in such business or occupation;

    (d)    the subject matter on which he or she is expected to testify;

    (e)    a summary of his or her qualifications within each subject matter on which he or she is expected to testify;

    (f)    the substance of the facts to which he or she is expected to testify;

    (g)    the substance of the opinions to which he or she is expected to testify and a summary of the grounds for each such opinion; and

    (h)    a list of the books, periodicals, articles, or other materials, which the expert considers authoritative in his or her filed of expertise.

## DOCUMENT REQUESTS

**Note:** Words or phrases in bold have special meaning that is defined in the definitions section above.

Please produce the following **documents**:

1. All local, long distance, and cell phone bills and other statement since January 1, 2003.

2. All **documents concerning** your claims that you contacted Local 108 concerning job referrals since January 1, 2003.

3. All **documents concerning** any complaints that you made to any person concerning any of your claims of discrimination in this case.

4. All **documents** that you received from Local 108 **concerning** job referrals since January 1, 2003.

5. All federal and state income tax returns with all schedules and attachments for the years 2003 to the present.

6. All IRS W-2 and 1099 forms issued by any employer, entity or person for work performed during the years 2003 to the present.

7. All **documents concerning** any unemployment compensation benefits that you received since January 1, 2003.

8. All **documents concerning** any illness or injury that you experienced since January 1, 2003.

9. All **documents concerning** any mental health condition that you allege was caused by Local 108.

10. All **documents** that you described in your initial disclosure statement.

11. All written statements given by you or any other person **concerning** any of your claims against Local 108.

12. All **documents** and all statements that you submitted to the Massachusetts Commission Against Discrimination (MCAD) or the Equal Employment Opportunity Commission (EEOC) concerning your claims against Local 108 in this case.

13. Any other **documents concerning** your claims against Local 108 in this case.

7