EXHIBIT
1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL JOHN GIDEON, )<br>)<br>PLAINTIFF )<br>)<br>V. )<br>)<br>DEMATTEO CONSTRUCTION )<br>COMPANY, AND )<br>CARPENTERS LOCAL UNION #108, )<br>)<br>DEFENDANTS ) | Civil Action No.: 04 30162 KPN |

DEFENDANT DEMATTEO CONSTRUCTION COMPANY'S
AUTOMATIC DISCLOSURE

Defendant, DeMatteo Construction Company submits the following as its automatic disclosure pursuant to Rule 26(a)(1):

1. The names and addresses of persons likely to have discoverable information that DeMatteo Construction Company may use to support its defenses unless solely for impeachment are:

Richard E. Masucci
Project Manager
166 Highland Avenue
Winthrop, MA  02152
617-905-6620

Don Livramento
Project Superintendent 2002-2003
596 Raymond Road
Plymouth, MA  02360

Adam C. LaVoie
Carpenter Foreman
113 Chestnut Street
Upton, MA 01568

Stephen D. Carrington
Journeyman Carpenter
151 Murphy Lane
Chicopee, MA 01020

2. Documents in defendant's possession or control that defendant may use to support its defenses, unless solely for impeachment, consist of Massachusetts Highway Department (MHD) Contract No. 32211 with all relative contract documents; correspondence between MHD and DeMatteo Construction Company relative to Contract No. 32211; and job personnel files of DeMatteo Construction Company. All such documents are available for review and copying at the job office trailer of M. DeMatteo Construction Company, State Street, under I-91, between East and West Columbus Avenues, Springfield, MA until December 31, 2005. Thereafter, documents will be located at 131 Messina Drive, Braintree, MA 02184.

3. DeMatteo Construction Company is aware of no insurance agreement that may be available to satisfy all or part of a judgment that may be entered in this action nor to indemnify or reimburse for payments made to satisfy the judgment.