# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL JOHN GEDEON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEMATTEO CONSTRUCTION COMPANY, )<br>and CARPENTERS LOCAL UNION #108, )<br>)<br>Defendants. )<br>) | C.A. NO. 04-30162-KPN |

**CARPENTERS LOCAL UNION NO. 108 ANSWERS TO INTERROGATORIES**

Defendant Carpenters Local Union No. 108 hereby answers plaintiff's interrogatories as follows:

    1. Please provide the full legal name of the Defendant, Carpenters Local Union #108 named in the Complaint.

    **RESPONSE TO INTERROGATORY NO. 1.**     Carpenters Local Union No. 108.

    2. Please identify the name of the individual responding to these Interrogatories.

    **RESPONSE TO INTERROGATORY NO. 2.**     Simon James, Business Manager for Local 108, 29 Oakland Street, Springfield MA 01108.

    3. Please state whether before responding to these Interrogatories the individual named in response to Interrogatory number two (2) completed a diligent search and investigation so as to completely answering these Interrogatories.

    **RESPONSE TO INTERROGATORY NO. 3.**     Yes.

    4. Between April 2000 to present, how many job locations did the Defendant employ individuals, please identify each such job site by name and address.

    5. For each such job site, please state the dates that the job began and ended and the number of employees utilized at each such job site.

    6. For each job location identified in Interrogatory number four, please state the number of employees employed by the Defendant.

7. For each job location identified in Interrogatory number four, please state the number of African American employees employed by the Defendant.

8. For each of the job locations identified in Interrogatory number four, please describe the nature of the job being done.

9. Between April 2000 to present, what was the Defendant's chain of command relative to the Plaintiff? Start with the Plaintiff and go upward. Who answered to whom? List each such person by name, position, race and ancestry.

10. Between April 2000 to present, what was the Plaintiff's position at the Defendant? What job site was he assigned to work? What were the job duties of the position(s)? List all such duties.

11. In the three year period between December 2003 to present, please state all persons hired by the Defendant in the position of the Plaintiff including each such persons name, address, date of hire, race and ancestry?

12. Describe the work performance of the Plaintiff at the Defendant company and compare the work performance of the Plaintiff with that of other individuals in his position?

13. Between April 2003 and the date of his termination, please describe in detail every verbal communication that the Plaintiff was given regarding his job performance. Provide the nature of the communication, all parties to the communication, all witnesses to the communication, the content of the communication, the date and time of the communication?

14. Was the Plaintiff's absences or punctuality in accordance with the Defendant's policies regarding same?

15. Did the Plaintiff complain to the Defendant that he believed he was being mistreated between April 2003 to December 5, 2003. If yes, please state who the Plaintiff complained to, the manner by which he communicated his complaint, the content of any and all such complaints, all witnesses to the complaint, the date and time any such complaints were made, whether the Defendant recorded the complaint in any manner, the manner by which the Defendant recorded the complaint and the manner by which the Defendant attempted to resolve the complaint.

16. When did the Plaintiff's employment at the Defendant end? What was the Plaintiff's last work day at the Defendant?

17 Who told the Plaintiff that he was terminated? What is that person's name address and position at the Defendant? When did this person inform the Plaintiff that he was terminated? How did this person inform the Plaintiff that he was terminated? Was the Plaintiff eligible to be recalled to work? What is the race and ancestry of the individual who informed the Plaintiff that he was terminated?

18. Who made the decision to terminate the Plaintiff? What is that person's name, address and position at the Defendant? When did this person decide to terminate the Plaintiff's employment? What is the race and ancestry of the individual who decided that the Plaintiff was to be terminated?

19. For what reason(s) was the Plaintiff terminated? Please be specific and list all the reasons why the Plaintiff was terminated?

20. Was the Plaintiff aware of all the reasons for his termination? If yes, how was the Plaintiff made aware of the reasons for his termination?

21. Please identify all individuals in the same position as the Plaintiff, sent from the I-91 project in Springfield, Massachusetts to any other projects between April 2003 and December 2003. For each such individual, please provide the name, address and position with the Defendant. Please provide their race and ancestry. Please state whether they were recalled to work for the Defendant on the I-91 project or any other project. Please state the date that they were called and to which project they were recalled.

22 Please state each and every reason that the Plaintiff was transferred from every position he held between April 2003 and the date of his termination.

23. Please state the identity of every person terminated by the Defendant-between January 1992 and present, please provide the name of all such persons, the positions held by each such person, the race and ancestry of each such person, the reason that each person was terminated, the date of the persons termination, whether the person was eligible for recall to the Defendant, whether the person was recalled, when the person was recalled and to which position and job location was the person recalled.

24. For the time period surrounding the termination of the Plaintiff, please describe in detail the Defendant's disciplinary process.

25. Before the Plaintiff's termination was he disciplined in any way? If so, when? By whom? For what reason? Please be specific.

26. Please provide the identity, including the name, address and position of all individuals employed by the Defendant who worked at the same job locations as the Defendant between April 2003 and the Defendant's termination. For each named individual, please provide his/her race and ancestry. Please state whether these individuals were ever terminated, the reason for their termination, whether they were ever transferred to another job location, the name of the location and the dates of the transfers.

**RESPONSE TO INTERROGATORY NOS. 4-26.** These interrogatories appear to be directed to plaintiff's employer, DeMatteo Construction Co., and not to Local 108 and address matters about which Local 108 has little if any information at all.

27. Please provide the name, docket number, forum and current status of all charges and/or complaints of discrimination brought against the Defendant between April 2003 and the present.

**RESPONSE TO INTERROGATORY NO. 27.**   None, other than the charges filed by plaintiff.

I, Simon James, hereby declare under the penalties of perjury that the foregoing interrogatory answers are true and correct this 31st day of January, 2006

                                                                           _____
                                                                           Simon James

Date:   January 31, 2006                           Respectfully submitted,

                                                                           Christopher N. Souris
                                                                           BBO #556343
                                                                           KRAKOW & SOURIS, LLC
                                                                           225 Friend Street
                                                                           Boston, MA 02114
                                                                           (617) 723-8440
                                                                           Facsimile:  (617) 723-8443


                                                                           _____
                                                                           Attorney for defendant Carpenters Local
                                                                           Union No.108

### CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be sent by first class U.S. mail this 31st day of January 2006 to Michael Gedeon, 1502 Bay Street, Springfield, MA 01108 and Suzanne B. Matthews, Esq., 742 Washington Street, P.O. Box 501, Canton, MA 02021.

                                                                           _____
                                                                           Christopher N. Souris

27. Please provide the name, docket number, forum and current status of all charges and/or complaints of discrimination brought against the Defendant between April 2003 and the present.

**RESPONSE TO INTERROGATORY NO. 27.** None, other than the charges filed by plaintiff.

I, Simon James, hereby declare under the penalties of perjury that the foregoing interrogatory answers are true and correct this 31st day of January, 2006

_____
Simon James

Date: January 31, 2006

Respectfully submitted,

Christopher N. Souris
BBO #556343
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114
(617) 723-8440
Facsimile: (617) 723-8443

_____
Attorney for defendant Carpenters Local Union No. 108

**CERTIFICATE OF SERVICE**

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be sent by first class U.S. mail this 31st day of January 2006 to Michael Gedeon, 1502 Bay Street, Springfield, MA 01108 and Suzanne B. Matthews, Esq., 742 Washington Street, P.O. Box 501, Canton, MA 02021.

_____
Christopher N. Souris

4