EXHIBIT 4

# KRAKOW & SOURIS, LLC

ATTORNEYS AT LAW
225 FRIEND STREET
BOSTON, MASSACHUSETTS 02114

AARON D. KRAKOW
CHRISTOPHER N. SOURIS*

GERALD A. FELD
OF COUNSEL

*ALSO ADMITTED IN NEW YORK

TELEPHONE (617) 723-8440
TELECOPIER (617) 723-8443
TOLL FREE (888) 628-8200

MARK G. KAPLAN
COLIN R. CONFOEY
OF COUNSEL

December 7, 2005

Michael Gedeon
1502 Bay Street
Springfield, MA 01108

RE: Michael John Gedeon, v. Dematteo Construction Company
and Carpenters Local Union #108
C.A. No. 04-30162-KPN

Dear Mr. Gedeon:

I have subpoenaed certain documents concerning you from the Local 108 Health & Welfare Fund and enclose a copy of the subpoena.

In order to protect your interest in the confidentiality of the documents sought by the subpoena, I have drafted a stipulation in which the parties agree not to disclose or use the documents for any purpose other than relating to this case, and to return all copies of the documents to the Fund at the end of the case.

Please sign the stipulation and return it to me by mail in the enclosed self addressed and stamped envelope or in person when we meet next week.

Give me a call if you have any questions.

Very truly yours,

Christopher N. Souris

CNS:me
C:    Suzanne Matthews
Encs.