UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Michael J. Gedeon                                    C.A. No. 04-30162-KPN
    *Plaintiff*

v.

DeMatteo Construction Company, and
Carpenters Local Union #108
    *Defendant*

Plaintiffs Motion FOR PROTECTIVE ORDER.

    Now come the Plaintiff Prose and herewith notices its Motion for Protective Order and to open discovery to the Plaintiff.

    Plaintiff says, this court has directed that discovery be closed by January 31, 2006 to all on December 15, 2005 at court last conference held. The Plaintiff says that the defendants subterfuge is not fully complying with automatic disclosure to the Plaintiff fully, and in response to interrogatories and production of documents in a timely manner, had precluded me from a full discovery and comprehensively responding to their discovery, (Local 108).

    Plaintiff request that Defendant allow due process fully to the discovery, the Defendants has also scheduled deposition dates which are of to short of notice to the Plaintiff. The Plaintiff is also severely prejudiced by this invasive tactic used. Deposition dates are for second and third of March of 2006. Plaintiff is requesting that the court put a hold on those dates for taking of deposition until due process is granted, Defendant Local 108 has a list of names on its automatic disclosure dated March 8, 2005 on file.

C.A. No. 04-30162-KPN

Plaintiff is facing the same imminent deadline as the Defendant mentions on page two (2), paragraph three (3) on this motion for sanctions dated February 9, 2006. TODAY IS FEB 23-06 TIME 3 PM. DEF. DEMATTEO CONST. CO. STILL HAS NOT RESPONDED TO HIS DISCOVERY. SHOULD THE PLAINT. The Plaintiff, MOVE FOR SANCTION. I'LL LEAVE THAT ONE FOR THE JUDGES DISCRETION.

Michael J. Gedeon
1502 Bay Street
Springfield, MA 01109
Prose

Feb. 23-2006