Filed
2/23/06

04CV30162-KPN

## CERTIFICATE OF SERVICE

I, Michael J. Gedeon hereby certifies that on this 23 day of FEB , 2006 I caused a copy of the foregoing document to be served upon the parties in this action by mailing a copy of the same, postage prepaid, first class mail to Suzanne B. Matthews, Esquire, 742 Washington Street, P.O. Box 501, Canton, MA  02021 and upon Christopher N. Souris, Esquire, KRAKOW & SOURIS, LLC, 225 Friend Street, Boston, MA  02114.

*Michael J. Gedeon*
Michael J. Gedeon
PRO SE