UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04- 30162 KPN

MICHAEL J. GEDEON

:MOTION TO CONTINUE FINAL
PRE TRIAL AND TO KEEP
DISCOVERY OPEN

Plaintiff,

vs.

DEMATTEO COSNTRUCTION CO.
COMANPY AND COARPENTERS
LOCAL UNION # 108

Defendants,

    Now comes the Plaintiff Michael J. Gedeon and says that the court had previously scheduled deadlines for March and April and also for a final pre trial conference in April of 2006.

    The Plaintiff respectfully request that this honorable court move all deadlines of March and April including final pre trial conference to February 2007 for the reasons set forth below.

As to the Plaintiff's unemployment status as of December 3, 2005 to present March 2006.

    See unemployment compensation as exhibit A. Plaintiff had 3 ½ months of employment for the year of 2005 given to him.
    See exhibit B. employment history, more over.

    The Plaintiff is in no financial position presently to conduct the number of depositions as I would like to obtain further facts an evidence to support his claim. Due to the Defendants subterfuge and general objections as to attorney-client privilege and attorney work product doctrine to provide information that is protected form disclosure. The Defendants not fully answering to interrogatories and production of documents request (dodging answers) precludes the Plaintiff from answering fully to their request and for me to better prepare and to serve my depositions.

The Plaintiff looks forward to returning to work some time soon in April. May some time which would enable me financially to carry out my depositions as many as I may need and subpoenas, summons as necessary. The Plaintiff also request to continue discovery to keep discovery open as this will not prejudice either of the Defendants. Defendant Local #108 has given a list of names with information to use for its defense, listed in March 8, 2005, automatic disclosure which the Plaintiff still has not received to date give and take some. There is still questions to be answered and documents to be produced to the Plaintiff so he could have present in hand to support his claim.

The Plaintiff,
Pro Se

Date: 3/16/06

Michael J. Gendeon
1502 Bay Street
Springfield, MA 01109