

**Massachusetts Department of Workforce Development**
Division of Unemployment Assistance

**TeleCert/WebCert**
**Benefit Claim Certification** Unemployment Insurance by Telephone or Web

Your unemployment insurance benefit check is attached below. Before you cash the check, detach it and keep the stub for your records.

👉 **File every week that you are unemployed or working part-time.** (If you worked full-time, you are not eligible for benefits for that week and should not file.)

**Here's how to file for benefits.**

✓ **Call:** 617-626-6338 or use the Internet. Go to www.mass.gov/det (follow the instructions on the screen)

✓ **Days/times to file:** Sunday to Friday, from 7:00 a.m. to 7:00 p.m. (same hours on the Internet)
Sunday is the first day of the week you can call to claim benefits for the previous week.
Not available on Saturdays or legal holidays.

✓ **Information you will need:**
☐ Your Social Security Number
☐ For Telecert use your 4-digit Personal Identification Number (PIN). For WebCert log in with a User Name & Password.
☐ The amount of your gross earnings if you worked during the week claimed. Include holiday pay.

✓ **Answer these three questions:**
You are answering these questions only for the week that you are claiming benefits.
☐ During the week claimed, did you look for work?
☐ During the week claimed, were you able to work and available for work?
☐ During the week claimed, did you work or earn holiday pay?
Failure to report employment and wages while collecting Unemployment Insurance may result in penalties and/or prosecution. (If you answer "yes" to this question, you will be asked to enter the amount of your earnings in dollars and cents. Include holiday pay. If you do not know how much you earned, you will need to call Telecert again or use WebCert again to report your earnings. This may delay your benefits).

**To reactivate your claim:**

If you do not claim benefits for even one week - because you returned to work or another reason - your claim will "close". You may reactivate it by calling the DUA TeleClaim Center. Call one of the numbers below to speak to a claims agent.

Form 1042 Rev 02-28-06

📞 **TeleClaim Center:** Call one of these numbers when you need to speak to a claims agent. Call 1-877-626-6800 if you are calling from area codes 351, 413, 508, 774, and 978. From any other area code, call 617-626-6800.

| WEEK ENDING | GROSS EARNINGS | DEP ALLOW | DEDUCTIONS | | | | | | | NET PAYMENT | SEE OTHER SIDE FOR REMINDERS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | EARNINGS | PENSION | CHILD SUPP | OVER PYMT | FED TAX | STATE TAX | HEALTH INS | | |
| 3/11/06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | .00 | 374.00 | |

| OC SEC ACCT NO | BENEFIT RATE | CHECK NO | CHECK DATE | CHECK AMOUNT | BALANCE |
|---|---|---|---|---|---|
| XX-XX-0349 | 374.00 | 24-032209 | 03/14/06 | 374.00 | 1275.00 |

SECURITY FEATURES ON THIS DOCUMENT INCLUDE VOID PANTOGRAPH ON FRONT, ARTIFICIAL WATERMARK AND MICROLINE PRINTING ON BACK

**Commonwealth of Massachusetts**
**Division of Unemployment Assistance**

24-032209    53-7524/113

PAYMENT IS FOR
| Week Ending | Week Ending |
|---|---|
| 3/11/06 | 03/11/06 |

TO THE COMMISSIONER, MASSACHUSETTS DIVISION OF UNEMPLOYMENT ASSISTANCE
PAYABLE THROUGH ANY BANK OR TRUST COMPANY, COLLECTIBLE
THROUGH THE BOSTON CLEARING HOUSE    SOVEREIGN BANK

NOT VALID IF IN EXCESS OF $999.00

05

PAY ***THREE HUNDRED SEVENTY-FOUR AND 00/100

| Dollars | Cents |
|---|---|
| **374 | 00 |

VOID 90 DAYS FROM DATE OF CHECK

TO THE ORDER OF:  MICHAEL J GEDEON
1502 BAY ST
SPRINGFIELD    MA   01109-1202

| Mo. | Day | Yr. |
|---|---|---|
| 03 | 14 | 06 |

⑆024032209⑆  ⑈011275241⑈  ⑇0000037400⑇