| 1. Mass. Division of Unemployment Assistance | 2. BENEFIT DETERMINATION (ALT) REVISED | 3. Page: 1 OF 1 | Massachusetts Department of Workforce Development Division of Unemployment Assistance |
|---|---|---|---|
| TEL CLAIMS CTR  P.O. BOX 9694<br>BOSTON            MA 02114<br>Tel.: *877-626-6800  Fax: 617-727-7837 | | | |

*IN AREA CODES 617, 781, 857 AND 339 CALL 617-626-8600.
REFER TO THE INSERT "HOW TO READ YOUR BENEFIT DETERMINATION" FOR AN EXPLANATION OF HOW YOUR BENEFITS ARE CALCULATED. CALL THE NUMBER ABOVE WITH QUESTIONS. THIS IS A DETERMINATION OF MONETARY ELIGIBILITY ONLY. IT DOES NOT NECESSARILY ENTITLE YOU TO BENEFITS. YOU HAVE THE RIGHT TO APPEAL THIS DETERMINATION.

| 4. SSA No.: 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 | 7. Name and Address: | FOR D.U.A. USE ONLY |
|---|---|---|
| 5. Date Mailed: 03-06-06 | MICHAEL J GEDEON<br>1502 BAY ST<br>SPRINGFIELD       MA 01109-1202 | 00103 |
| 6. Effective Date: 12-04-05 | | |

| 8. Employer Name | 9. Employer Identification Number | 10. Wg. Cd. | 11. Af. Cd. | 12. Sp. Cd. | 13. Latest Separation Date | 14. BASE PERIOD WAGES PAID BY EACH EMPLOYER | | | | LAG | TOTAL BASE PERIOD WAGES PAID BY EMPLOYER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | XX-XX-XX to XX-XX-XX | 01-01-05 to 03-31-05 | 04-01-05 to 06-30-05 | 07-01-05 to 09-30-05 | 10-01-05 to 12-03-05 | |
| J H LYNC | 79-044920 | S | N | L | 12-02-05 | 0.00 | 0.00 | 0.00 | 5364.57 | 9711.38 | 15075.95 |
| AQUADRO | 39-022080 | S | N | L | 08-11-05 | 0.00 | 0.00 | 0.00 | 198.00 | 0.00 | 198.00 |
| H LAUREN | 47-641500 | S | N | Q | 08-10-05 | 0.00 | 0.00 | 0.00 | 1775.00 | 0.00 | 1775.00 |
| 15. TOTAL ELIGIBLE WAGES BY QUARTER | | | | | ➡ | 0.00 | 0.00 | 0.00 | 7337.57 | 9711.38 | 16. TOTAL WAGES 17048.95 |

* State Law limits potential duration to 26 weeks beginning 03-10-02

| 17. BENEFIT RATE | + | 18. DEPENDENCY ALLOWANCE | − | 19. WEEKLY PENSION DEDUCTION | = | 20. PAY RATE |
|---|---|---|---|---|---|---|
| 374.00 | | 0.00 | | 0.00 | | 374.00 |

| 21.* BENEFIT CREDIT | 22.* POTENTIAL DURATION | 23. EARNINGS EXCLUSION | 24. TYPE COMP. FORMULA | 25. AVERAGE WEEKLY WAGE |
|---|---|---|---|---|
| 6137 | 17.0 | 124.67 | % | 748.00 |

YOU ARE MONETARILY ELIGIBLE FOR BENEFITS USING YOUR ALTERNATE BASE PERIOD ONLY. THE BASE PERIOD ELECTION DOES NOT APPLY TO YOUR CLAIM.

| D.U.A. USE ONLY | | |
|---|---|---|
| Office #: | Claimant Name, Social Security Number: | Determination Mail Date: |
| 05 | MICHAEL J GEDEON         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 | 03-06-06 |

*Commonwealth of Massachusetts*
Form 1075-8 Rev. 02-22-06

**IMPORTANT**
This notice contains information about your rights or obligations, and should be translated immediately. If you need a translator, ask for a listing of translation services at your DUA office.

**ВАЖНОЕ СООБЩЕНИЕ**
В этом сообщении содержится информация о Ваших правах и обязанностях, и оно должно быть срочно переведено Вам. Если Вам нужен переводчик, попросите список переводческих компаний в своем DUA офисе.

**IMPORTANTE**
Este aviso incluye información sobre sus derechos y obligaciones, y debe traducirse de inmediato. Si necesita un traductor, solicite el listado de servicios de traducción en la oficina de la DUA correspondiente.

**IMPORTANTE**
Questo avviso contiene informazioni sui Suoi diritti od obblighi e deve essere tradotto immediatamente. Se ha bisogno di un traduttore, chieda l'elenco dei servizi di traduzione presso la DUA.

**IMPORTANTE**
Este comunicado contém informações sobre os seus direitos ou obrigações. Ele deve ser traduzido prontamente. Se precisar de um tradutor, solicite no escritório DUA mais próximo uma lista dos serviços de tradução.

[Lao text]

[Khmer text]

**ENPÒTAN**
Nòt sa a genyen enfòmasyon sou dwa w oubyen obligasyon ke ou genyen, epi ou fèt pou ou fè tradwi l kounyè a. Si ou bezwen on moun ki pou tradwi pou ou, mande on lis ki genyen sèvis ke yo ofri pou tradiksyon nan biwo DUA ke ou konn ale a.

**QUAN TRỌNG**
Thông báo này bao gồm thông tin về quyền hạn hoặc trách nhiệm của quý vị và phải được thông dịch ngay. Nếu cần một thông dịch viên, hãy yêu cầu một danh sách dịch vụ thông dịch tại văn phòng DUA của quý vị.

[Chinese text]
本通知包含有關閣下權利或義務的資訊,應即刻翻譯。如果閣下需要翻譯人員,請與閣下的DUA辦事處要求一份翻譯社的名單。

---

### HOW TO REQUEST A HEARING ON THIS DETERMINATION

This determination will become final unless:
(1) you request a hearing **WITHIN TEN CALENDAR DAYS** after the date of mailing or delivery in hand, or (2) you request a hearing within eleven to thirty 30 calendar days after the date of mailing or delivery in hand and it is established that such delay was for good cause.

You may file a request for a hearing by mail using a signed letter, or by completing the "REQUEST FOR HEARING" blank provided below. You may also request a hearing in person at any office of this Division. The hearing will be conducted in accordance with the Standard Rules of Practice and Procedure, 801 CMR 1.02 and 1.03 (Informal/Fair Hearing Rules).

If you request a hearing on this determination, you must continue to complete your weekly Benefit Claims Certification forms as instructed by your local office staff in order to protect your rights to benefits.

Although such representation is not required, any party may be represented at the hearing by counsel or agent. If you desire counsel and are unable to engage one in private practice, you may meet the criteria for obtaining assistance from the local Legal Assistance Service, Legal Aid Society or Bar Association. Fees payable by claimant to his/her counsel or agent for representation at a hearing shall be subject to the approval of the Deputy Director.

### FORMER FEDERAL CIVILIAN EMPLOYEES

If you have had employment with a federal agency, you are advised that findings with respect to whether you performed federal service, the amount of your federal wages, and the period of your federal service are made by the federal agency.

If you wish further information regarding any of these findings, please contact your local unemployment insurance office for assistance within five calendar days of receipt of this notice.

### FORMER MILITARY PERSONNEL

If you believe any military service information on which this determination is based is incorrect or substantially incomplete, please contact your branch of service and/or the Veteran's Administration and notify your local unemployment insurance office.

**TO REQUEST A HEARING CUT ALONG THE DOTTED LINE BELOW AND MAIL TO THE OFFICE LISTED IN BLOCK #1 ON THE FRONT SIDE.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### REQUEST FOR HEARING

| Name: (Last) | (First) | (MI) | Social Security Account Number: |
|---|---|---|---|

| Mailing Address: (P.O. Box; Number and Street) | (City or Town) | (State) | (Zip Code) |
|---|---|---|---|

Please complete the following information. Be as specific as possible.

I REQUEST A HEARING ON THE MONETARY DETERMINATION OF MY CLAIM FOR THE FOLLOWING REASON(S):

Please sign and mail to the office listed in block #1 on front side.

| Signature: | Date: | Telephone Number: |
|---|---|---|

1075-8 Rev. 02-22-06