UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL JOHN GEDEON,<br><br>    Plaintiff,<br><br>v.<br><br>DEMATTEO CONSTRUCTION COMPANY,<br>and CARPENTERS LOCAL UNION #108,<br><br>    Defendants. | )<br>)<br>)<br>)   C.A. NO. 04-30162-KPN<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO EXTEND
## DISPOSITIVE MOTIONS DEADLINE

Defendants DeMatteo Construction Company and Carpenters Local 108 respectfully move jointly for a 7-day extension of the time to file dispositive motions. In support of their motion, defendants state as follows:

Under this Court's scheduling order of December 15, 2005, the court ordered that responses to then outstanding written discovery be provided by January 31, 2006, that depositions be completed by March 3, 2006, and that dispositive motions be filed by March 31, 2006. This Court later issued a supplemental order on February 27, 2006 directing that plaintiff comply with outstanding discovery requests by March 15, and that depositions be completed by March 22, 2006.

When the Court pushed back other deadlines including the deposition deadline until March 22, however, it did not adjust the dispositive motion deadline of March 31. Defendants took plaintiff's deposition on a portion of March 21 and March 22. Even with deposition transcripts ordered on an expedited basis, defendants will not receive them until just a few days before the summary judgment deadline of March 31.

Under that schedule, it will be impossible to prepare adequate motions by the current filing deadline. Accordingly, defendants respectfully request a very brief extension by 7 days of the deadline to file dispositive motions until April 7, 2006

The undersigned counsel for Carpenters Local 108 hereby certifies that he consulted with plaintiff on March 22, 2006 concerning the relief requested by this motion and that plaintiff stated at that time that he did not object to the motion. Plaintiff contacted counsel's office the next day, however, and revoked his position.

## CONCLUSION

Wherefore, for the foregoing reasons, defendants DeMatteo Construction Company and Carpenters Local 108 respectfully request that their motion to extend the deadline for filing dispositive motions by 7 days to April 7, 2006 be granted.

| DeMatteo Construction Co. | Carpenters Local Union No. 108 |
| by its attorney | by its attorney |
| | |
| Suzanne B. Matthews, Esq. | Christopher N. Souris |
| BBO #545284 | BBO #556343 |
| 742 Washington Street | Krakow & Souris |
| P.O. Box 501 | 225 Friend Street |
| Canton, MA 02021 | Boston, MA 02114 |
| 781-828-0989 | 617-723-8440 |
| | |
| Suzanne B. Matthews | Christopher N. Souris |

## CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be served by first class U.S. mail this 24th day of March 2006 to Michael Gedeon, 1502 Bay Street, Springfield, MA 01108.

Christopher N. Souris

2