UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

MICHAEL J. GEDEON
PLAINTIFF

V

DEMATTEO CONSTRUCTION COMPANY
AND CARPENTERS LOCAL UNION #108
DEFENDANTS

CASE # CY-30162-KPN

MOTION TO WITHDRAW

NOW COMES THE PLAINTIFF MICHAEL J. GEDEON, AND SAYS HE WISHES TO WITHDRAW HIS COMPLAINT AGAINST THE DEFENDANT CARPENTERS LOCAL UNION #108.

THE PLAINTIFF IS ALSO REQUESTING A HEARING BEFORE JUDGE KENNETH P. NEIMAN ON HIS MOTION, AND TO BE HEARD ON OR BEFORE APRIL 10TH 2006. THE PLAINTIFFS CASE WAS COMPROMISED BY THE TIMING OF HIS DEPOSITION 3-21-22-06 AND THE ORDER OF THE COURTS ON HIS MOTIONS, NOT KNOWING PRO SE. HE HAD BEEN GRANTED EXTRA TIME TILL MARCH 16-06 AND UP TO THE LAST ORDER ENTERED ON MARCH 21ST., AND HAVING TAKEN HIS DEPOSITION MARCH 21-22-06.

MARCH 28-06

Michael J. Gedeon
PRO-SE

CERTIFICATE OF SERVICE

I, Michael J. Gedeon hereby certifies that on this 28 day of MARCH, 2006 I caused a copy of the foregoing document to be served upon the parties in this action by mailing a copy of the same, postage prepaid, first class mail to Suzanne B. Matthews, Esquire, 742 Washington Street, P.O. Box 501, Canton, MA 02021 and upon Christopher N. Souris, Esquire, KRAKOW & SOURIS, LLC, 225 Friend Street, Boston, MA 02114.

MARCH 28-06

Michael J. Gedeon

PRO SE