UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

MICHAEL JOHN GEDEON,                    )
                                        )
     Plaintiff,                         )
                                        )       C.A. NO. 04-30162-KPN
v.                                      )
                                        )
DEMATTEO CONSTRUCTION COMPANY,          )
and CARPENTERS LOCAL UNION #108,        )
                                        )
     Defendants.                        )
_____ )

**CARPENTERS LOCAL 108'S ASSENT TO**
**PLAINTIFF'S MOTION TO WITHDRAW COMPLAINT**

     Defendant Carpenters Local 108 hereby assents to plaintiff's motion to withdraw

his complaint against it.

Date:  March 31, 2006                    Christopher N. Souris

                                         BBO #556343
                                         KRAKOW & SOURIS, LLC
                                         225 Friend Street
                                         Boston, MA 02114
                                         (617) 723-8440


                                         _____
                                         Attorney for defendants

CERTIFICATE OF SERVICE

     I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be served
by first class U.S. mail this 31st day of March, 2006 to Michael Gedeon, 1502 Bay Street,
Springfield, MA 01108 and Suzanne B. Matthews, Esq., 742 Washington Street, P.O. Box 501,
Canton, MA 02021.

                                         _____
                                         Christopher N. Souris