UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

MICHAEL JOHN GEDEON, )
)
    Plaintiff, )
) C.A. NO. 04-30162-KPN
v. )
)
DEMATTEO CONSTRUCTION COMPANY, )
and CARPENTERS LOCAL UNION #108, )
)
    Defendants. )
_____ )

## LOCAL 108'S MOTION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT

In view of the pending motion by plaintiff to withdraw his complaint, Carpenters Local 108 respectfully moves for an extension of time to file its motion for summary judgment until such time as the Court determines after it acts on plaintiff's motion.

Date: March 31, 2006                        Christopher N. Souris

                                            BBO #556343
                                            KRAKOW & SOURIS, LLC
                                            225 Friend Street
                                            Boston, MA 02114
                                            (617) 723-8440

                                            _____
                                            Attorney for defendant Carpenters Local 108

### CERTIFICATE OF SERVICE

    I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be served by first class U.S. mail this 31st day of March, 2006 to Michael Gedeon, 1502 Bay Street, Springfield, MA 01108 and Suzanne B. Matthews, Esq., 742 Washington Street, P.O. Box 501, Canton, MA 02021.

                                            _____
                                            Christopher N. Souris