UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 APR -7 P 12: 12

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| MICHAEL JOHN GEDEON,            )<br>                                 )<br>            PLAINTIFF           )<br>                                 )<br>V.                               )<br>                                 )<br>DEMATTEO CONSTRUCTION            )<br>COMPANY, AND                     )<br>CARPENTERS LOCAL UNION #108,    )<br>                                 )<br>            DEFENDANTS           )<br>                                 ) | Civil Action No.:  04 30162 KPN |

## DEFENDANT DEMATTEO CONSTRUCTIONS COMPANY'S
## MOTION FOR RELIEF FROM FILING MOTION ELECTRONICALLY

Pursuant to Rule 5.4 of the Local Rules of the United States District Court Defendant DeMatteo Construction Company ("DeMatteo Construction") requests this court issue releife from filing electronically filing its Motion for Summary Judgment and related pleadings and documents. In support of this motion DeMatteo Construction states that by order of this Court all dispositive motions shall be filed by April 7, 2006. Counsel to DeMatteo Construction has registered for CM/EFC with the U.S. District Court but as of this date has not received a password.

WHEREFORE, DeMatteo Construction requests that this Court grant it relief from electronically filing its Motion for Summary Judgment and related pleadings and documents.

Respectfully submitted,

DEMATTEO CONSTRUCTION
COMPANY

By its attorney,

_____
Suzanne B Matthews, Esq.
BBO #545284
742 Washington Street
P.O. Box 501
Canton, MA  02021
781-828-0989

Date:  April 6, 2006

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by First Class Mail.
Date: 4/7/06  _____
Suzanne B. Matthews