UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 APR -7 P 12: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MICHAEL JOHN GEDEON, ) <br> ) <br> PLAINTIFF ) <br> ) <br> V. ) <br> ) <br> DEMATTEO CONSTRUCTION ) <br> COMPANY, AND ) <br> CARPENTERS LOCAL UNION #108, ) <br> ) <br> DEFENDANTS ) <br> ) | Civil Action No.: 04 30162 KPN |

**DEFENDANT DEMATTEO CONSTRUCTION COMPANY'S
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Defendant, DeMatteo Construction Company (hereinafter referred to as "DeMatteo Construction"), hereby requests that this Court issue Summary Judgment in its favor as to all claims set forth by Plaintiff, Michael John Gedeon (hereinafter referred to as "Gedeon"). For the reasons set forth more fully in the Memorandum of Law filed herewith and incorporated herein DeMatteo Construction states that there is no genuine issue of material fact and that DeMatteo Construction is entitled to judgment as a matter of law.

WHEREFORE, DeMatteo Construction requests that this court issue a judgment in its favor as to all claims set forth by Plaintiff, Michael Gedeon.

Respectfully submitted,

DEMATTEO CONSTRUCTION
COMPANY

By its attorney,

*/s/ Suzanne B. Matthews*

Suzanne B Matthews, Esq.
BBO #545284
742 Washington Street
P.O. Box 501
Canton, MA 02021
781-828-0989

Date: April 6, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by First Class Mail.

Date: 4/7/06    Suzanne B. Matthews