UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 APR -7  P 12: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MICHAEL JOHN GEDEON,<br><br>PLAINTIFF<br><br>V.<br><br>DEMATTEO CONSTRUCTION<br>COMPANY, AND<br>CARPENTERS LOCAL UNION #108,<br><br>DEFENDANTS | Civil Action No.:  04 30162 KPN |

**DEFENDANT DEMATTEO CONSTRUCTIONS COMPANY'S
MOTION TO FILE MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT IN EXCESS OF TWENTY (20) PAGES**

Pursuant to Rule 7.1 of the Local Rules of the United States District Court Defendant

DeMatteo Construction Company ("DeMatteo Construction") requests leave of court to file a

Memorandum in excess of twenty (20) pages in support of its Motion for Summary Judgment.

In support of this motion, DeMatteo Construction states as follows:

1.  On April 27, 2004, Plaintiff, Michael Gideon, a West Indian, African - American

male, age fifty (50), filed a complaint with the Massachusetts Commission Against

Discrimination alleging that Defendant, DeMatteo Construction Company subjected him to

unequal terms and conditions of his employment by subjecting him to harassment and

subsequently terminating him in retaliation for opposing discriminatory practices because of his

race, color, age and national origin, in violation of M.G.L. c. 151B, the Age Discrimination in

Employment Act and Title VII of the 1964 Civil Rights Act as amended.

2. On August 20, 2004, Plaintiff filed a notice of withdrawal of his claim at the MCAD.

3. On December 14, 2004, Plaintiff filed a complaint in the United States District Court for the Western District of Massachusetts.

4. Mr. Gedeon is represented *pro se.*

5. There are multiple allegations contained in this complaint and multiple claims for relief. It is impossible for counsel to address the multitude of issues raised by Mr. Gedeon in the page limit established by the court.

WHEREFORE, DeMatteo Construction requests leave of court to file a Memorandum in excess of twenty (20) pages in support of its Motion for Summary Judgment.

Respectfully submitted,

DEMATTEO CONSTRUCTION COMPANY

By its attorney,

Suzanne B Matthews, Esq.
BBO #545284
742 Washington Street
P.O. Box 501
Canton, MA 02021
781-828-0989

Date: April 6, 2006

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by First Class Mail.
Date: 4/7/06
Suzanne B. Matthews