

Exhibit A-6

131 Messina Drive
Braintree, MA 02184
781-356-7676
fax 781-794-1624

VIA FAX AND US MAIL

October 8, 2003
Letter No. 2019-MHD-149

Mr. John W. Hoey, Jr.
Massachusetts Highway Department
811 North King Street
Northampton, MA 01060

Subject: Weave Elimination Project on Interstate 91
MHD Contract No. 32211
Federal-Aid Project Number CM-91-1(148)
**Unresolved Issues**

Reference: MDM Letter No. 2019-MHD-120 Dated May 28, 2003

Dear Mr. Hoey:

In the above referenced MDM letter, we summarized the status of the various unresolved issues that prevent DeMatteo from prosecuting the work as contemplated in the contract documents. We have requested direction from the Department in the case of each unresolved issue. At this time the major unresolved issues summarized in the referenced letter remain open.

The project continues to progress at an unsatisfactory pace. Since the Notice To Proceed was issued on May 24, 2002, nearly seventeen months or fifty-six percent of the contract time has elapsed. In that time, DeMatteo has completed approximately twenty-six percent of the work. The slow progress is due to the fact that DeMatteo continues to be prevented from prosecuting the initial elements of the work as proposed in the project's Special Provisions.

We continue to provide the Department with monthly updates of our Schedule Of Operations. The contract completion date is November 30, 2004. As of the September 15, 2003 schedule update, the projected completion date is May 6, 2006. In our correspondence, we have identified those unresolved issues that impact elements of the work on the schedule's critical path. Unless DeMatteo is permitted to prosecute the work on the critical path, the completion date will continue to slip

The following is an update of the unresolved issues that prevent DeMatteo from performing the work at a rate necessary to complete the work within the contract time:

October 8, 2003
Letter No. 2019-MHD-149
Page 2 of 3

- **Pier 0 East, South Abutment, and Retaining Wall C**

The project's Special Provisions dictate that these elements of the work will be the first to be completed. On July 23, 2002, the Springfield Water and Sewer Commission (SWSC) notified the Department and DeMatteo that the proposed driving of steel H-Piles for the foundations of those structures was unacceptable to the SWSC due to the proximity of the Commission's 900 mm water pipe.

In our letter dated July 24, 2002, DeMatteo sought direction from the Department. Now, nearly fifteen months later, we continue to wait for direction. At this point, DèMatteo has been prevented from completing any work on those elements that were specified to be completed in the project's first phase.

- **Pier 3 Southbound**

Prior to the bid, in Addendum No. 5, the Department acknowledged that there was a conflict between the proposed Pier 3 Southbound and elements of the existing parking garage. The Department termed the conflict "minor" and stated that a simple relocation of the column and pier cap would solve the problem. The Department advised the bidders that revised drawings would be "...issued to the low bidder."

Seven weeks after Notice To Proceed, when revised drawings had not been issued, DeMatteo requested revised Pier 3 Southbound drawings in RFI No. 013 on July 10, 2002. Now, more than fifteen months after submitting the formal request, no revised drawings have been received.

- **Broad Street At East Columbus Avenue**

In order to complete the proposed roadway widenings at Broad Street and East Columbus Avenue, two commercial electrified signs and a commercial lighting standard must be relocated. In previous correspondence, we have notified the Department of the situation and we have requested direction.

We recently resurfaced the southern section of the project. The Broad Street/ East Columbus Avenue intersection was not resurfaced, and, without direction from the Department, DeMatteo will be prevented from completing the work in that area.

- **Structural Steel Revisions**

Thirteen of the twenty-two structural steel shop drawings are being held by the review engineer pending the completion of a review of the structural steel design. We understand that the review may dictate that certain structural steel revisions are required. Our structural steel fabricator has informed us that, due to our inability to secure approved shop drawings, the earliest that they can fabricate steel for the project is first quarter 2004. This timeframe will continue to be pushed later in time until the fabricator's shop drawings are approved.

October 8, 2003
Letter No. 2019-MHD-149
Page 3 of 3

- **Subcontractor Approval – Spencer, White & Prentis**

DeMatteo submitted Spencer, White & Prentis (SWP) as a support of excavation subcontractor on August 27, 2003. The Department, in their letter of September 3, 2003, requested additional information concerning SWP. DeMatteo furnished the requested information on September 9, 2003. In the month that has passed, we have not received MHD approval for SWP. We note that SWP's soil nail earth support for Wall A1 has been approved by the Department. Work on the north end of Wall A1 can begin as soon as SWP is approved to work.

We, once again, note that the Department's lack of response or direction regarding the unresolved issues forces DeMatteo to continue to prosecute the work at a rate that will result in a certain late completion of the project, and exposes the public and the area businesses and attractions to an unnecessarily long period of construction. The slow rate also forces DeMatteo and our subcontractors to incur increased performance costs including, but not limited to, increased field and home office overhead, the costs associated with the inefficiency of performing one operation at a time, out of sequence work, and escalation for labor, equipment, and materials.

DeMatteo met with representatives of the Department and VHB on July 23, 2003. The unresolved issues were discussed at that meeting. At that meeting, we understood that by this time we would have received revised foundation drawings for Pier 0, South Abutment, and Wall C together with a request for proposal. We also expected to receive, by this time, revised drawings for Pier 3 together with a request for proposal. Since that meeting, eleven weeks have passed. DeMatteo has received no additional information or direction, and the previously listed issues remain unresolved.

We continue to be committed to working with the Department to mitigate the time and cost impacts of the unresolved issues. To that end, we request that the Department schedule another meeting as soon as possible to review the status of the unresolved issues and to discuss any possible schedule-improvement scenarios. .

We respectfully request that you give this matter your prompt attention. Please contact me with any questions.

Very truly yours,
M. DeMatteo Construction Co.

*[signature]*

Richard E. Masucci
Project Manager

Cc: M. Melnik, MHD
    A. Chwalek, SDPW
    MDM – Braintree Office        Job Files

 | Mitt Romney  
Governor | Kerry Healey  
Lt. Governor | Daniel A. Grabauskas  
Secretary | John Cogliano  
Commissioner

December 8, 2003

SUBJECT:   Springfield  
I-91 Weave Elimination  
Contract #32211

M. DeMatteo Construction Co.  
131 Messina Drive  
Braintree, MA 02184

Attention:   Mr. Richard Masucci, Project Manager

Dear Sir:

This is to confirm various verbal discussions between personnel from this office and representatives of M. DeMatteo Construction Co. (DeMatteo) regarding construction of Wall D in association with the subject project.

On December 3, 2003, District Construction Area Engineer Joseph Gadbois provided verbal authorization to you to install piles at Wall D in accordance with the driving criteria utilized for the test pile, including the requirement that no pile shoes be utilized.

On December 4, 2003, Assistant District Construction Engineer Steven Doyle advised you that DeMatteo is not authorized to proceed with the construction of Wall D beyond the pile driving phase pending resolution of the following:

1. Confirmation of the design load for the piles
2. Design review and associated revisions to Wall D

Mr. Doyle confirmed that work is authorized to continue at Pier 0, Pier 3SB, and Wall A-1 in accordance with the recently distributed stamped and approved revised plans.

Also, you indicated to Mr. Doyle that resolution of Wall D is DeMatteo's priority over resolution of the floor beam splice issue at this time, though both issues must be resolved as soon as possible.

On December 4, 2003, Ed Baldovin of DeMatteo and District Construction Engineer Donna Feng also discussed the above issues. Mr. Baldovin and Ms. Feng agreed that a realistic timeline for the actual distribution of revised, stamped, and approved drawings for the construction of Wall D would allow for both DeMatteo and MassHighway to plan their staffing needs and activities accordingly.

Sincerely,

Albert R. Stegemann, P.E.  
Acting District Highway Director

DMF/ DMF  
C – DMF, MWM  
   T. Broderick  
   J. Blundo  
   M. McGrath  
   A. Bardow  
   T. McColgan  
   J. Bechard, VHB



131 Messina Drive
Braintree, MA 02184
781-356-7676
fax 781-794-1624

December 12, 2003
Letter No. 2019-MHD-169

Mr. Albert R. Stegemann, P.E.
Massachusetts Highway Department
811 North King Street
Northampton, Ma 01060

Subject:   Weave Elimination Project on Interstate 91
           MHD Contract No. 32211
           Federal-Aid Project Number CM-91-1(148)
           **PCO No. 029 Suspension Of Work At Retaining Wall D**

Reference:   MHD Letter Dated December 8, 2003

Dear Mr. Stegemann:

We are in receipt of the above referenced MHD letter wherein the Department confirms previous verbal direction that M. DeMatteo is not permitted to proceed with concrete operations at Retaining Wall D pending the completion of a design review by the Department.

Please be advised that any suspension of the work will potentially expose M. DeMatteo to increased costs. This letter shall serve as notice that it is our intention to submit a request for an equitable adjustment in Contract Cost and Contract Time to recover the impacts of this suspension.

We intend to monitor our costs associated with this issue, and we will submit our request for an equitable adjustment in Contract Cost and Contract Time when the suspension has been terminated. We have assigned PCO No. 029 to this matter, and we will refer to this PCO in all correspondence regarding this issue.

Very truly yours,
M. DeMatteo Construction Co.

Richard E. Masucci
Project Manager

Enclosure

Cc:  M. Melnik, MHD
     A. Chwalek, SDPW
     MDM – Braintree Office, Job Files

Exhibit A-7

M. DeMatteo Construction Co.
I-91 Weave Elimination Springfield
MHD Contract No. 32211
Federal Aid Project No. CM-91-1 (148)

Employment Profile Thru April 4, 2006

| DATE | NAME | CLASSIFICATION | LEVEL | GENDER | RACE | COMMENT |
|---|---|---|---|---|---|---|
| November 28, 2003 | Don Livramento | Project Superintendent | | M | Black | Resigned |
| November 17, 2003 | Elmer Florentino | Project Superintendent | | M | Caucasian | Assigned to project |
| June 13, 2003 | Benedetto Mele | Project Engineer | | M | Caucasian | Resigned |
| October 28, 2002 | Adam LaVoie | Carpenter | Foreman | M | Caucasian | Transferred to project |
| December 19, 2003 | | | | | | Laid off lack of work |
| January 19, 2004 | | | | | | Re-hired |
| February 27, 2004 | | | | | | Laid off lack of work |
| March 15, 2004 | | | | | | Re-hired |
| December 24, 2004 | | | | | | Laid off lack of work |
| March 28, 2005 | | | | | | Reassigned to project |
| September 9, 2005 | | | | | | Resigned |
| April 21, 2003 | Troy Longacre | Carpenter | Journeyman | M | Caucasian | Hired |
| June 27, 2003 | | | | | | Laid off lack of work |
| July 14, 2003 | | | | | | Re-hired |
| September 12, 2003 | | | | | | Laid off lack of work |
| October 6, 2003 | | | | | | Re-hired |
| December 5, 2003 | | | | | | Laid off lack of work |
| January 19, 2004 | | | | | | Re-hired |
| February 27, 2004 | | | | | | Laid off lack of work |
| March 15, 2004 | | | | | | Re-hired |
| December 23, 2004 | | | | | | Laid off lack of work |
| April 27, 2005 | | | | | | Reassigned to project |
| December 16, 2005 | | | | | | Assigned to Braintree |
| March 6, 2006 | | | | | | Re-hired |
| January 21, 2003 | Steven Carrington | Carpenter | Steward | M | Caucasian | Hired |
| June 27, 2003 | | | | | | Laid off lack of work |
| July 14, 2003 | | | | | | Re-hired |
| December 19, 2003 | | | | | | Laid off lack of work |
| January 19, 2004 | | | | | | Re-hired |
| February 27, 2004 | | | | | | Laid off lack of work |
| March 15, 2004 | | | | | | Re-hired |
| June 14, 2004 | | | | | | Reassigned by local |
| August 23, 2004 | | | | | | Returned as steward |
| December 23, 2004 | | | | | | Laid off lack of work |
| April 21, 2003 | Michael Gedeon | Carpenter | Journeyman | M | Black | Hired |
| June 27, 2003 | | | | | | Laid off lack of work |
| July 14, 2003 | | | | | | Re-hired |
| September 12, 2003 | | | | | | Laid off lack of work |
| October 6, 2003 | | | | | | Re-hired |
| December 5, 2003 | | | | | | Laid off lack of work |
| March 27, 2006 | | | | | | Re-hired |

| DATE | NAME | CLASSIFICATION | LEVEL | GENDER | RACE | COMMENT |
|---|---|---|---|---|---|---|
| November 12, 2002 | Patrick Falvey | Carpenter | App/Journey | M | Caucasian | Hired |
| November 22, 2002 | | | | | | Laid off lack of work |
| January 21, 2003 | | | | | | Re-hired |
| June 27, 2003 | | | | | | Laid off lack of work |
| July 14, 2003 | | | | | | Re-hired |
| September 12, 2003 | | | | | | Laid off lack of work |
| October 6, 2003 | | | | | | Re-hired |
| December 5, 2003 | | | | | | Laid off lack of work |
| May 17, 2004 | | | | | | Re-hired |
| December 23, 2004 | | | | | | Laid off lack of work |
| March 28, 2005 | | | | | | Re-hired |
| July 8, 2005 | | | | | | Laid off lack of work |
| September 12, 2005 | | | | | | Re-hired |
| December 2, 2005 | | | | | | Laid off lack of work |
| | | | | | | |
| June 14, 2004 | Marci Dineen | Carpenter | Apprentice | F | Caucasian | Hired |
| November 12, 2004 | | | | | | Laid off lack of work |
| April 11, 2005 | | | | | | Re-hired |
| June 24, 2005 | | | | | | Laid off lack of work |
| March 27, 2006 | | | | | | Re-hired |
| | | | | | | |
| July 14, 2004 | Eric Headley | Carpenter | Steward | M | Black | Assigned by local |
| August 23, 2004 | | | | | | Laid off |
| | | | | | | |
| April 26, 2005 | William Johnson | Carpenter | Steward | M | Black | Assigned by local |
| December 2, 2005 | | | | | | Laid off lack of work |
| March 13, 2006 | | | | | | Re-hired |
| | | | | | | |
| November 7, 2005 | Patrick Paul | Carpenter/Piledriver | Journeyman | M | Caucasian | Hired |
| December 2, 2005 | | | | | | Laid off lack of work |
| | | | | | | |
| April 3, 2006 | Michael Sullivan | Carpenter | Journeyman | M | Caucasian | Hired |
| | | | | | | |
| June 24, 2002 | Donald Tranghese | Laborer | Foreman | M | Caucasian | Hired |
| December 20, 2002 | | | | | | Laid off lack of work |
| January 12, 2003 | | | | | | Re-hired |
| December 19, 2003 | | | | | | Laid off lack of work |
| January 5, 2004 | | | | | | Re-hired |
| December 24, 2004 | | | | | | Laid off lack of work |
| March 28, 2005 | | | | | | Re-hired |
| December 6, 2005 | | | | | | Resigned |
| | | | | | | |
| July 8, 2002 | Sigmund Saracino | Laborer | Steward | M | Caucasian | Hired |
| December 20, 2002 | | | | | | Laid off lack of work |
| January 12, 2003 | | | | | | Re-hired |
| September 12, 2003 | | | | | | Resigned |
| | | | | | | |
| September 15, 2003 | Michael Clini | Laborer | Steward | M | Caucasian | Hired |
| December 5, 2003 | | | | | | Laid off lack of work |
| January 19, 2004 | | | | | | Re-hired |
| December 23, 2004 | | | | | | Laid off lack of work |
| March 28, 2005 | | | | | | Re-hired |
| December 16, 2005 | | | | | | Laid off lack of work |
| March 6, 2006 | | | | | | Re-hired |

| DATE | NAME | CLASSIFICATION | LEVEL | GENDER | RACE | COMMENT |
|---|---|---|---|---|---|---|
| April 14, 2003 | Willie Kyles | Laborer | Journeyman | M | Black | Hired |
| December 5, 2003 | | | | | | Laid off lack of work |
| April 26, 2004 | | | | | | Re-hired |
| December 23, 2004 | | | | | | Laid off lack of work |
| April 4, 2005 | | | | | | Re-hired |
| December 16, 2005 | | | | | | Laid off lack of work |
| March 13, 2006 | | | | | | Re-hired |
| April 14, 2003 | Peter Albano | Laborer | Journeyman | M | Caucasian | Hired |
| July 11, 2003 | | | | | | Laid off lack of work |
| September 23, 2003 | Keith Racicot | Laborer | Journeyman | M | Caucasian | Hired |
| October 31, 2003 | | | | | | Laid off lack of work |
| March 16, 2004 | Raffaelo Russo | Laborer | Journeyman | M | Caucasian | Hired |
| December 23, 2004 | | | | | | Laid off lack of work |
| April 4, 2005 | | | | | | Re-hired |
| November 18, 2005 | | | | | | Laid off lack of work |
| March 8, 2006 | | | | | | Re-hired |
| June 21, 2004 | Joseph Tranghese | Laborer | Journeyman | M | Caucasian | Hired |
| November 21, 2004 | | | | | | Laid off lack of work |
| June 21, 2004 | Wayne Rice | Laborer | Apprentice | M | Black | Hired |
| November 21, 2004 | | | | | | Laid off lack of work |
| August 3, 2005 | Everett Vaughn | Laborer | Journeyman | M | Black | Hired |
| November 18, 2005 | | | | | | Laid off lack of work |
| March 13, 2006 | | | | | | Re-hired |
| April 4, 2006 | Thomas Siciliano | Laborer | Journeyman | M | Caucasian | Hired |
| August 28, 2002 | Daniel Bean | Operating Engineer | Journeyman | M | Caucasian | Hired |
| December 20, 2002 | | | | | | Laid off lack of work |
| January 12, 2003 | | | | | | Re-hired |
| September 19, 2003 | | | | | | Laid off lack of work |
| October 8, 2003 | Christopher Bushika | Operating Engineer | Journeyman | M | Caucasian | Hired |
| December 19, 2003 | | | | | | Laid off lack of work |
| January 5, 2004 | | | | | | Re-hired |
| December 24, 2004 | | | | | | Laid off lack of work |
| March 28, 2005 | | | | | | Re-hired |
| December 18, 2005 | | | | | | Laid off lack of work |
| March 6, 2006 | | | | | | Re-hired |
| December 5, 2005 | David Shutts | Electrician | Foreman | M | Caucasian | Hired |
| December 16, 2005 | | | | | | Laid off lack of work |
| March 13, 2006 | | | | | | Re-hired |

Exhibit 8

## MONDAY, JUNE 16, 2003

- Received revised claim from Tim Corry. Have to call him to see how many copies etc., who to send to etc.

- First day w/o Ben. Sent timecards & quantities to Braintree in A.M.

- Called Wentworth Institute for coops. None available for summer but we will be on list for Sept.

- Attend progress meeting at Bradley. Looks like they will have work through July. Took site visit with DD and Chris. No problem getting through security checkpoints (2). No delay at all at 2:00 P.M. Very quiet airport.

- Don called while I was at Bradley. MHD has question on backfilling front of wall. Kevin & Sean think gravel borrow is required. I told Don that Mike and I agreed that ordinary borrow was all

That was required.

- Mike Gedeon came into office after work. He has a long-running confrontational situation w/ Local 108. He has re-opened a prior complaint with Fed EEO against Local 108 for Discrim and Harassment. He says that he has noticed a marked change in the attitude of his fellow employees toward him since a recent visit from Simon James to the site. He cited comments, physical actions and horseplay as instances where his fellow employees are trying to goad him into a confrontation.

  I told him I would address situation with Adam.

Exhbt A-9      HADLO7

Tuesday June 17, 2003

- Met with Adam first thing this AM. Explained that Mike Godden had the perception that his fellow employees' attitudes toward him had changed since he opened claim against Union. Adam said that he didn't know about the claim. Adam agreed to pay attention to the situation.

- Called Louis Bruschi re special CB's and WC ramp curbing. Lou says WC ramp curbing has been ordered, but he says that he hasn't received approved dwgs on special CB. I faxed Lou a copy of the approved dwgs which we had mailed to Bruschi on May 7, 2003. Lou hasn't called back.

- Mike Molnik late morning tells me that he has some bad news. The Department doesn't want us to work on the wall stem at WALC. VHB is working on the review of the south end of the wall and its proximity to the water pipe.



131 Messina Drive
Braintree, MA 02184

781-356-7676
fax 781-794-1624

Exhibit A-10

January 28, 2004

To Whom It May Concern:

Please be advised that Michael Gedeon has been employed by M. DeMatteo Construction Co. as a journeyman carpenter on our I-91 Springfield project during the following periods:

Start: 4/21/03          Layoff: 6/27/03

Start: 7/21/03          Layoff: 9/12/03

Start: 10/14/03         Layoff: 12/5/03

Please note that each layoff was due to a lack of work on the project. We anticipate that the level of work on the project will increase by April of this year. We expect to offer Mr. Gedeon a position at that time.

Please contact me at 413-747-2702 if you require additional information.

Very truly yours,

M. DeMatteo Construction Co.

Richard E. Masucci

Project Manager