UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 30162-KPN

MICHAEL J. GEDEON,
          Plaintiff,

vs.

DEMATTEO CONSTRUCTION
COMPANY AND CARPENTERS
LOCAL UNION #108,
          Defendants.

PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT DEMATTEO'S CONSTRUCTION COMPANY'S MOTION TO FILE MEMORANDU IN SUPPORT FOR SUMMARY JUDGEMENT
STATEMENT OF FACTS
DEFENDANTS MEMORANDUM
AFFIDAVIT OF RICHARD MASUCCI

PLAINTIFF MICHAEL J GEDEON RESPECTFULLY MOVES FOR ADDITIONAL TIME TO RESPOND TO DEFENDANTS DEMATTEO'S MOTIONS FILED ON APRIL 6-2006. PLAINTIFF RESPECTFULLY REQUEST THAT IT'S TIME TO RESPOND BE EXTENDED BY AN ADDITIONAL 4 WEEKS TO MAY 19-2006
THE UNDERSIGNED CERTIFIES THAT HE CONTACTED THE DEFENDANT BY PHONE ON APRIL 19-2006 ADVISED TO FILE A MOTION TO THE COURTS
PLAINTIFF STATES THAT HE IS PRO SE AND THEREFOR NEEDS MORE TIME TO DO SOME EXTENSIVE RESEARCH TO MEET THE GUIDE LINES AND TO ABLE ME TO COMPLY. AS THE PLAINTIFF HAS RETURNED TO WORK FULL TIME ONLY FOR A SHORT PERIOD OF 3 TO 4 MONTS AS TOLD. AS OF MARCH 27-2006

PLAINTIFF STATES THAT HIS DEPOSITION WAS TAKEN ON MARCH 21st-22nd BY THE DEFENDANT. THE PLAINTIFF HAS 30 DAYS TO REVIEW HIS DEPOSITION AS OF THE DATES RECEIVED OR PLAINTIFF WAS NOTICED ON APRIL 6. THAT HIS DEPOSITION WAS READY. TO DATE 4-19-06 PLAINTIFF HAS NOT YET REVIEWED DEPO. DUE TO FINANCES.

DATE APRIL-19-2006

RESPECTFULLY SUBMITTED

Michael Gedeon

PRO SE

## CERTIFICATE OF SERVICE

I, Michael J. Gedeon hereby certifies that on this 19th day of APRIL, 2006 I caused a copy of the foregoing document to be served upon the parties in this action by mailing a copy of the same, postage prepaid, first class mail to Suzanne B. Matthews, Esquire, 742 Washington Street, P.O. Box 501, Canton, MA 02021 and upon Christopher N. Souris, Esquire, KRAKOW & SOURIS, LLC, 225 Friend Street, Boston, MA 02114.

Michael J. Gedeon
PRose