United States District Court
District of Western Massachusetts

~FILED
IN CLERK'S OFFICE

2006 MAY 19 P 4: 11

U.S. DISTRICT COURT
DISTRICT OF MASS.

MICHAEL J. GEDEON
PLAINTIFF

v.

DEMHITEO CONSTRUCTION CO.
DEF.

5-18-06                          CIVIL ACTION #: 04 30162 KPN

PLAINTIFFS MOTION FOR ADDITIONAL TIME TO ANSWER
TO THE DEFENDANTS MOTION FOR SUMMARY JUDGE
MENT

PLAINTIFF MOVES FOR ADDITIONAL TIME TO RESPOND
TO DEFENDANTS MOTION FOR SUMMARY JUDGEMENT
IN ADDITION TO PLAINTIFF'S APRIL 19th MOTION AND
THE COURT GRANTING THAT MOTION
PLAINTIFF RESPECTFULLY REQUEST THAT ITS TIME TO FILE A
RESPONSE BE EXTENDED BY AN ADDITIONAL (4) WEEKS TO
JUNE 16, 2006
PLAINTIFF WHO IS PRO SE STATES THAT HE IS NOW BACK
TO WORK FULL TIME AND HAS A LIMITED AMOUNT OF
TIME AFTER HIS WORK, TO GET TO WORK ON HIS
DOCUMENTS TO BE SERVED. PLAINTIFF ANTICIPATED FOUR(4)
WEEKS WOULD HAVE BEEN SUFFICIENT BUT WAS WRONG
AS THIS IS AN ENORMOUS AMOUNT OF WORK FOR HIM.
DEF. WOULD NOT BE PREJUDICED TO THIS REQUEST AS IT
WILL ONLY AFFORD THE PLAINTIFF TIME TO ANSWER

Michael J. Gedeon

## CERTIFICATE OF SERVICE

I, Michael J. Gedeon hereby certifies that on this _19th_ day of _May_ , 200_6_ I caused a copy of the foregoing document to be served upon the parties in this action by mailing a copy of the same, postage prepaid, first class mail to Suzanne B. Matthews, Esquire, 742 Washington Street, P.O. Box 501, Canton, MA  02021 and upon Christopher N. Souris, Esquire, KRAKOW & SOURIS, LLC, 225 Friend Street, Boston, MA  02114.

Michael J. Gedeon

PRO SE