UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICES
2006 JUN 19 P 4:10
U.S. DISTRICT COURT
DISTRICT OF MASS.

MICHAEL J. GEDEON
            PLAINTIFF
    v
DEMATTEO CONST. CO.
            DEFENDANT

CASE # 04-30162-KPN

PLAINTIFF'S MOTION TO WITHDRAW COMPLAINT BY AGREEMENT

NOW COMES THE PLAINTIFF MICHAEL J. GEDEON, PRO SE RESPECTFULLY REQUEST THAT THIS HONORABLE COURT ALLOW THIS MOTION TO WITHDRAW COMPLAINT (BY AGREEMENT WITH DEFENDANT TO SETTLE THIS MATTER) AS GROUNDS FOR THIS MOTION PLAINTIFF STATES THAT BY AGREEMENT WITH THE DEFENDANT NOT TO FILE RESPONSE – TELEPHONE CONVERSATION.

RESPECTFULLY SUBMITTED
YOURS TRULY
*Michael J. Gedeon*
MICHAEL J. GEDEON
PRO SE    6-17-06